**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Brian J. Grubbs and | ) | Bankruptcy No.: 19-22570-CMB |
| Kelly A. Grubbs, | ) | Chapter 13 |
| Debtors. | ) | |
| _____ | ) | Document No.: |
| Brian J. Grubbs and | ) | |
| Kelly A. Grubbs, | ) | Response Deadline: June 1, 2020 |
| Movants, | ) | Hearing Date/Time: June 24, 2020 |
| | ) | at 10:00 AM |
| v. | ) | |
| | ) | |
| No Respondents. | ) | |

**AMENDED NOTICE OF HEARING WITH RESPONSE DEADLINE TO DEBTORS'
APPLICATION FOR ORDER OF EMPLOYMENT OF SPECIAL COUNSEL
(TELEPHONIC PROCEDURE EFFECTIVE MARCH 16, 2020)**

TO THE RESPONDENTS:

You are hereby notified that the above Movants seek an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned Attorney for Movant a response to the Objection no later than **June 1, 2020 i.e., seventeen (17)** days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Objection may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A **telephonic** hearing will be held on **June 24, 2020**, at **10:00 AM** before Chief Judge Böhm. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. Parties or counsel of record who intend to participate in the hearing shall appear **telephonically** and shall make arrangements as directed by Judge Bohm's Modified Telephonic Procedures at http://pawb.uscourts.gov/procedure-1 at least 24 hours in advance.

Respectfully submitted,
The Debt Doctors, LLC

Date of Service:  May 20, 2020

/s/ *Matthew M. Herron*
Matthew M. Herron, Esquire
PA I.D. No.: 88927
607 College Street, Suite 101
Pittsburgh, PA  15232
(412) 395-6001
 mmh@thedebtdoctors.com