# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Brian J. Grubbs and | ) | Case No. 19-22570-CMB |
| Kelly A. Grubbs, | ) | Chapter 13 |
|     Debtors. | ) | |
| _____ | ) | |
| Brian J. Grubbs and | ) | Doc. No. |
| Kelly A. Grubbs, | ) | |
|     Movants, | ) | |
| | ) | Response Deadline: June 1, 2020 |
| v. | ) | Hearing Date & Time: June 24, 2020 |
| | ) | at 10:00 AM |
| No Respondents. | ) | |

## CERTIFICATE OF NO OBJECTION TO THE DEBTORS'
## APPLICATION FOR ORDER OF EMPLOYMENT OF SPECIAL COUNSEL

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtors' Application for Order of Employment of Special Counsel has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, responses to the Application were to be filed and served no later than June 1, 2020.

It is hereby respectfully requested that the Order attached to the Application for Order of Employment of Special Counsel be entered by the Court.

Date:  June 3, 2020

                                                      __/s/ Matthew M. Herron___
                                                      Matthew M. Herron, Esquire
                                                      PA ID No. 88927

                                                      THE DEBT DOCTORS, LLC
                                                      607 College Street, Suite 101
                                                      Pittsburgh, PA 15232
                                                      412-395-6001
                                                      mmh@thedebtdoctors.com
                                                      ATTORNEY FOR THE DEBTORS

{W0554078.1 }