# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Brian J. Grubbs and | ) | Bankruptcy No.: 19-22570-CMB |
| Kelly A. Grubbs, | ) | Chapter 13 |
|     Debtors. | ) | |
| _____ | ) | Document No.: |
| Brian J. Grubbs and | ) | |
| Kelly A. Grubbs, | ) | Response Deadline: |
|     Movants, | ) | Hearing Date/Time: |
| | ) | |
|     v. | ) | |
| | ) | |
| No Respondents. | ) | |

## CERTIFICATE OF SERVICE

I, Matthew M. Herron, Esq., of The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232 certify as follows:

That I am and at all times hereinafter mentioned more than 18 years of age:

That on the 4th day of June 2020

I served a copy of:  **ORDER GRANTING APPLICATION FOR ORDER OF EMPLOYMENT OF SPECIAL COUNSEL**

RE:  Brian J. Grubbs  Case No.: 19-22570-CMB
     Kelly A. Grubbs  Chapter 13

ON:  Michael A. Murphy, Esq.
     245 Fort Pitt Boulevard
     Pittsburgh, PA 15222
     *mmurphy@allinfirm.com

Ronda J. Winnecour                  US Trustee
Suite 3250, USX Tower               970 Liberty Center
600 Grant Street                    1001 Liberty Avenue
Pittsburgh, PA 15219                Pittsburgh, PA 15222
*cmecf@chapter13trusteewdpa.com     *ustpregion03.pi.ecf@usdoj.gov

BY:  Regular First Class U.S. Mail and *Electronic Notice

I certify under penalty of perjury that the foregoing is true and correct.

Date:  June 4, 2020                 /s/ *Matthew M. Herron*_____
                                                                     Matthew M. Herron, Esq.
                                                                      The Debt Doctors, LLC
                                                                      607 College Street, Suite 101
                                                                      Pittsburgh, PA 15232
                                                                      (412) 395-6001