# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Brian J. Grubbs and | ) | Bankruptcy No.: 19-22570-CMB |
| Kelly A. Grubbs, | ) | Chapter 13 |
|     Debtors. | ) | |
| _____ | ) | Document No.: 39 |
| Brian J. Grubbs and | ) | |
| Kelly A. Grubbs, | ) | |
|     Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| No Respondents. | | |

**ENTERED BY DEFAULT**

**ORDER EMPLOYING SPECIAL COUNSEL**

AND NOW, this 3rd day of June, 2020, upon consideration of the Debtors' Application for Order of Employment of Special Counsel, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Michael A. Murphy, Esq., and the law firm of Ogg, Murphy & Perkosky, P.C., 245 Fort Pitt Boulevard, Pittsburgh, PA 15222, are hereby appointed as Special Counsel for the Estate/Debtors pursuant to the terms (including compensation terms) described in the Fee Agreement attached to the above-referenced Application for the limited purpose of acting as counsel in connection with the interest of the Estate/Debtors in representing the Debtors in their medical malpractice claim as referenced in the foregoing Application, provided however, no settlement of any claim is to occur without prior Court Order after notice and a hearing.

2. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and awards in similar cases.

3. Approval of any application for appointment of counsel in which certain hourly rates/compensation terms are stated for various professional is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms, and is not a preapproval of

compensation pursuant to 11 U.S.C. §328(a). Final compensation, awarded only after notice and a hearing, may be more or less than the requested hourly rates/compensation based on application of the above-mentioned factors in granting approval by Court Order.

    4.    The Applicant shall serve the within Order on all interested parties and file a Certificate of Service.

/s/ Carlota M. Böhm
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
6/3/20 3:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 19-22570-CMB
Brian J. Grubbs                                                                                 Chapter 13
Kelly A. Grubbs
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dsaw            Page 1 of 1           Date Rcvd: Jun 03, 2020
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2020.
db/jdb        +Brian J. Grubbs,    Kelly A. Grubbs,    464 Lemmon Road,    Latrobe, PA 15650-5460

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 3, 2020 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
      Joseph Paul Covelli    on behalf of Creditor    PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND
       COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com
      Matthew M. Herron    on behalf of Joint Debtor Kelly A. Grubbs mmh@thedebtdoctors.com,
       hgs@thedebtdoctors.com;alb@thedebtdoctors.com
      Matthew M. Herron    on behalf of Debtor Brian J. Grubbs mmh@thedebtdoctors.com,
       hgs@thedebtdoctors.com;alb@thedebtdoctors.com
      Matthew M. Herron    on behalf of Attorney    The Debt Doctors, LLC mmh@thedebtdoctors.com,
       hgs@thedebtdoctors.com;alb@thedebtdoctors.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
       srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                   TOTAL: 8