# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Brian J. Grubbs
Kelly A. Grubbs
       Debtors.

The Debt Doctors, LLC,
       Movant,
   vs.

No Respondent.

Bankruptcy No.: 19-22570-CMB
Chapter 13

Document No.: 49

Response Deadline: June 8, 2020
Hearing Date & Time: June 24, 2020 at 10:00 AM

## ENTERED BY DEFAULT

### ORDER OF COURT

AND NOW, this 9th day of June, 2020, the Application of The Debt Doctors, LLC as counsel for the Debtors, for Interim Compensation and Reimbursement of Expenses is approved in the ***total*** amount of $6,316.70 for services rendered on behalf of the Debtors for the period between May 17, 2019 through May 22, 2020, which represents $6,218.00 in attorneys' fees and $98.70 in costs.

IT IS FURTHER ORDERED, of the total fee award, the Debtors have previously paid $4,000.00 to counsel as a "no-look" fee. Accordingly, the Chapter 13 Trustee shall only pay an additional $2,316.70 ($2,218.00 in attorneys' fees and $98.70 in costs) to Counsel through the Debtor's Plan.

FILED
6/9/20 11:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____ dmk
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Brian J. Grubbs  
Kelly A. Grubbs  
      Debtors

Case No. 19-22570-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Jun 09, 2020  
                            Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2020.  
db/jdb        +Brian J. Grubbs,    Kelly A. Grubbs,    464 Lemmon Road,    Latrobe, PA 15650-5460

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2020                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2020 at the address(es) listed below:

       James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
       Joseph Paul Covelli    on behalf of Creditor    PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND  
        COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com  
       Matthew M. Herron    on behalf of Joint Debtor Kelly A. Grubbs mmh@thedebtdoctors.com,  
        hgs@thedebtdoctors.com;alb@thedebtdoctors.com  
       Matthew M. Herron    on behalf of Debtor Brian J. Grubbs mmh@thedebtdoctors.com,  
        hgs@thedebtdoctors.com;alb@thedebtdoctors.com  
       Matthew M. Herron    on behalf of Attorney    The Debt Doctors, LLC mmh@thedebtdoctors.com,  
        hgs@thedebtdoctors.com;alb@thedebtdoctors.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
        srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                        TOTAL: 8