IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-22570-CMB |
| Brian J. Grubbs ) | |
| Kelly A. Grubbs ) | |
| ) | Chapter 13 |
| Debtors ) | Document No. _____ |
| ) | Related to Document No. 61 |

<u>CONSENT ORDER MODIFYING AUGUST 3, 2020 ORDER</u>

AND NOW, this _____ day of _____, 2021, upon consent of the Debtors and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated August 3, 2020 it is

ORDERED that Part "1.A." be amended to add the following: For the remainder of the Plan term, the period Plan payment is amended to be $1,585.00 beginning in January 2021.

The August 3, 2020 order otherwise remains in full force and effect.

BY THE COURT:

_____
Carlotta M. Böhm
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Matthew M. Herron
Matthew M. Herron, Esquire (PA I.D. #88927)
Attorney for debtors
The Debt Doctors LLC
607 College Street, Suite 101
Pittsburgh, PA  15232
mmh@thedebtdoctors.com