## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Brian J. Grubbs
Kelly A. Grubbs

       Debtors.

The Debt Doctors, LLC,
       Movant,
  vs.

No Respondent.

Bankruptcy No.: 19-22570-CMB
Chapter 13

Document No.:

Response Deadline: May 10, 2021
Hearing Date & Time: May 25, 2021 at 1:30 PM

## CERTIFICATE OF NO OBJECTION TO THE
## 2nd APPLICATION FOR COMPENSATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the 2nd Application for Compensation has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the 2nd Application for Compensation appears thereon. Pursuant to the Notice of Hearing, responses to the 2nd Application for Compensation were to be filed and served no later than May 10, 2021.

It is hereby respectfully requested that the Order attached to the 2nd Application for Compensation be entered by the Court.

Date:  May 11, 2021

   /s/ Matthew M. Herron
Matthew M. Herron, Esquire
PA ID No. 88927
The Debt Doctors, LLC
607 College Street, Suite 101
Pittsburgh, PA 15232
412-395-6001
mmh@thedebtdoctors.com

ATTORNEY FOR THE DEBTORS