**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Brian J. Grubbs and ) | Bankruptcy No.: 19-22570-CMB |
| Kelly A. Grubbs, ) | Chapter 13 |
| Debtors. ) | |
| _____ ) | Document No.: |
| Brian J. Grubbs and ) | |
| Kelly A. Grubbs, ) | Response Deadline: |
| Movants, ) | Hearing Date/Time: |
| ) | |
| v. ) | |
| ) | |
| No Respondents. ) | |

**CERTIFICATE OF SERVICE**

I, Matthew M. Herron, Esq., of The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232 certify as follows:

That I am and at all times hereinafter mentioned more than 18 years of age:

That on the 3rd day of September 2021

I served a copy of: **341 Meeting Notice, Text Order and Amended Schedules B & C**

RE: Brian J. Grubbs                              Case No.: 19-22570-CMB
    Kelly A. Grubbs                              Chapter 13

ON: All Creditors on the Attached Mailing Matrix and:

Ronda J. Winnecour                               US Trustee
Suite 3250, USX Tower                            970 Liberty Center
600 Grant Street                                 1001 Liberty Avenue
Pittsburgh, PA 15219                             Pittsburgh, PA 15222
*cmecf@chapter13trusteewdpa.com                  *ustpregion03.pi.ecf@usdoj.gov

BY: Regular First Class U.S. Mail and *Electronic Notice

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 3, 2021                          /s/ *Matthew M. Herron*
                                                 Matthew M. Herron, Esq.
                                                 The Debt Doctors, LLC
                                                 607 College Street, Suite 101
                                                 Pittsburgh, PA 15232
                                                 (412) 395-6001

```
19-22570-CMB|LVNV Funding LLC |PO Box 10587|Greenville, SC 29603-0587||||
19-22570-CMB|PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELA|2900 SEMINARY DRIVE|BUILDING G|GREENSBURG, PA 15601-3734|||
19-22570-CMB|PNC BANK NATIONAL  ASSOCIATION | |||||undeliverable
19-22570-CMB|PRA Receivables Management, LLC |PO Box 41021|Norfolk, VA 23541-1021||||
19-22570-CMB|Peoples Natural Gas Company LLC |c/o S. James Wallace, P.C.|845 N. Lincoln Ave.|Pittsburgh, PA 15233-1828|||
19-22570-CMB|The Debt Doctors, LLC |607 College Street|Suite 101|Pittsburgh, PA 15232-1700|||
19-22570-CMB|2|U.S. Bankruptcy Court|5414 U.S. Steel Tower|600 Grant Street|Pittsburgh, PA 15219-2703||
19-22570-CMB|Allegheny Health Network |PO Box 645266|Pittsburgh, PA 15264-5250| |||
19-22570-CMB|Altius Diagnostics Laboratory |12100 Northup Way, Suite 110|Bellevue, WA 98005-1913| |||
19-22570-CMB|CBCS |PO Box 2724|Columbus, OH 43216-2724| |||
19-22570-CMB|Cambria Thrift Consumer Discount Co. |112 Market Street|Johnstown, PA 15901-1609| |||
19-22570-CMB|Cambria Thrift Consumer Discount Co. |2 E Market Street|PO Box 122|Blairsville, PA 15717-0122| ||
19-22570-CMB|Capital One |P.O. Box 30281|Salt Lake City, UT 84130-0281| |||
19-22570-CMB|Capital One |P.O. Box 71083|Charlotte, NC 28272-1083| |||
19-22570-CMB|Capital One |PO Box 30281|Salt Lake City, UT 84130-0281| |||duplicate
19-22570-CMB|Capital One Bank |PO Box 30281|Salt Lake City, UT 84130-0281| |||
19-22570-CMB|Capital One Bank (USA), N.A. |by American InfoSource as agent|PO Box 71083|Charlotte, NC  28272-1083| ||
19-22570-CMB|Cordant Health Solutions |12015 E 46th Avenue #250|Denver, CO 80239-3107| |||
19-22570-CMB|Credit Collection |PO Box 607|Norwood, MA 02062-0607| |||
19-22570-CMB|Credit Collection Services |725 Canton Street|Norwood, MA 02062-2679| |||
19-22570-CMB|Credit Collections USA |16 Distributor Drive, Suite 1|Morgantown, WV 26501-7209| |||
19-22570-CMB|Credit One Bank |P.O. Box 98872|Las Vegas, NV 89193-8872| |||
19-22570-CMB|Credit One Bank |PO Box 60500|City of Industry, CA 91716-0500| |||
19-22570-CMB|Dentalworks |PO Box 64-3005|Cincinnati, OH 45264-3005| |||
19-22570-CMB|ERC |PO Box 23870|Jacksonville, FL 32241-3870| |||
19-22570-CMB|Enhanced Recovery Corporation |PO Box 57547|Jacksonville, FL 32241-7547| |||
19-22570-CMB|Fenner Physician Building |3 Penn Center West|Pittsburgh, PA 15276-0103| |||
19-22570-CMB|GU, Inc. |3 Penn Center West|Suite 127|Pittsburgh, PA 15276-0112| ||
19-22570-CMB|Harley Davidson Credit |3850 Arrowhead Dr|Carson City, NV 89706-2016| |||
19-22570-CMB|Harley-Davidson Credit Corp. |PO Box 9013|Addison, Texas 75001-9013| |||
19-22570-CMB|Hayt, Hayt & Landau, LLC |2 Industrial Way West|PO Box 500|Eatontown, NJ 07724-0500| ||
19-22570-CMB|Hayt, Hayt & landau, LLC |123 Broad Street|Suite 1660|Philadelphia, PA 19109-1003| ||
19-22570-CMB|Jonathan P. Krizner |3940 State Route 981|Mount Pleasant, PA 15666-3716| |||
19-22570-CMB|KML Law Group, P.C. |Suite 5000 - BNY Independence Center|701 Market Street|Philadelphia, PA 19106-1541| ||
19-22570-CMB|LVNV Funding |P.O. Box 10497|Greenville, SC 29603-0497| |||
19-22570-CMB|LVNV Funding LLC |PO Box 10587|Greenville, SC 29603-0587| |||duplicate
19-22570-CMB|LVNV Funding, LLC |Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587| ||
19-22570-CMB|Latrobe Hospital |One Mellon Way|Latrobe, PA 15650-1197| |||
19-22570-CMB|Mercury |PO Box 84064|Columbus, GA 31908-4064| |||
19-22570-CMB|Mercury Card/ FB&T |1415 Warm Springs Road|Columbus, GA 31904-8366| |||
19-22570-CMB|Norvelt Dental Center |3940 State Route 981|Mount Pleasant, PA 15666-3716| |||
19-22570-CMB|Office of the United States Trustee |Liberty Center.|1001 Liberty Avenue, Suite 970|Pittsburgh, PA 15222-3721|||
19-22570-CMB|PHEPLE Credit Union |1007 Georges Station Road|Greensburg, PA 15601-6982| |||
19-22570-CMB|PNC |P.O. Box 15026|Wilmington, DE 19850-5026| |||
19-22570-CMB|PNC BANK RETAIL LENDING|P O BOX 94982|CLEVELAND OH 44101-4982||||preferred
19-22570-CMB|Paypal Credit |PO Box 71202|Charlotte, NC 28272-1202| |||
19-22570-CMB|Pediatrics Associates of Westmoreland |555 West Newton St|Greensburg, PA 15601-2861| |||
```

19-22570-CMB|Peoples Natural Gas Company LLC |c/o S. James Wallace, PC|845 N. Lincoln Avenue|Pittsburgh, PA 15233-1828| ||
19-22570-CMB|Perfect Smile Dental Group |29 North Main Street|Greensburg, PA 15601-2401| |||
19-22570-CMB|PHEPLE FEDERAL CREDIT UNION|2900 SEMINARY DRIVE|BUILDING G|GREENSBURG PA 15601-3734|||preferred
19-22570-CMB|Premier Medical Laboratory Services |PO Box 27102|Greenville, SC 29616-2102| |||
19-22570-CMB|Quest Diagnostics |PO Box 740717|Cincinnati, OH 45274-0717| |||
19-22570-CMB|Radiologic Consultants |717 E. Pittsburgh Street|Greensburg, PA 15601-2636| |||
19-22570-CMB|Ratchford Law Group, P.C. |409 Lackawanna Ave.|STE 320|Scranton, PA 18503-2062| ||
19-22570-CMB|SRA Associates, Inc. |401 Minnetonka Road|Somerdale, NJ 08083-2914| |||
19-22570-CMB|SS Grover MD and Associates |2640 Pitcairn Road|Monroeville, PA 15146-3309| |||
19-22570-CMB|Synchrony Bank |c/o PRA Receivables Management, LLC|PO Box 41021|Norfolk VA 23541-1021| ||
19-22570-CMB|Synchrony Bank |c/o of PRA Receivables Management, LLC|PO Box 41021|Norfolk, VA 23541-1021| ||
19-22570-CMB|Synergetic Communication, Inc. |5450 N.W. Central #220|Houston, TX 77092-2061| |||
19-22570-CMB|UPMC Physician Services |PO Box 1123|Minneapolis, MN 55440-1123| |||
19-22570-CMB|US Department of Education |PO Box 790336|Saint Louis, MO 63179-0336| |||
19-22570-CMB|US Dept of Education |3130 Fairview Park DriveSuite 800|Falls Church, VA 23323| |||
19-22570-CMB|Unity Township Tax Collector |152 Beatty County Road|Latrobe, PA 15650-5464| |||
19-22570-CMB|Westmoreland Hospital |532 W. Pittsburgh Street|Greensburg, PA 15601-2282| |||
19-22570-CMB|Brian J. Grubbs |464 Lemmon Road|Latrobe, PA 15650-5460||||
19-22570-CMB|Kelly A. Grubbs |464 Lemmon Road|Latrobe, PA 15650-5460||||
19-22570-CMB|Matthew M. Herron |The Debt Doctors, LLC|d/b/a Herron Business Law|607 College Street, Suite 101|Pittsburgh, PA 15232-1700||
19-22570-CMB|Michael Murphy |245 Fort Pitt Blvd.|Pittsburgh, PA   15222-1511||||
19-22570-CMB|Ronda J. Winnecour |Suite 3250, USX Tower|600 Grant Street|Pittsburgh, PA 15219-2702|||