**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| | Bankruptcy No.:  19-22570-CMB |
| Brian J. Grubbs | Chapter 13 |
| Kelly A. Grubbs | |
|     Debtors. | Document No.: |
| | |
| The Debt Doctors, LLC, | Response Deadline: February 13, 2023 |
|     Movant, | Hearing Date & Time: February 23, 2023 at 1:30 PM |
|   vs. | |
| | |
| No Respondent. | |

**CERTIFICATE OF NO OBJECTION TO THE**
**THIRD APPLICATION FOR COMPENSATION**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Third Application for Compensation has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Third Application for Compensation appears thereon.  Pursuant to the Notice of Hearing, responses to the Third Application for Compensation were to be filed and served no later than February 13, 2023.

    It is hereby respectfully requested that the Order attached to the Third Application for Compensation be entered by the Court.

Date:  February 14, 2023

                                                                                                                __/s/ Matthew M. Herron_____
                                                                                                      Matthew M. Herron, Esquire
                                                                                                      PA ID No. 88927
                                                                                                      The Debt Doctors, LLC
                                                                                                      607 College Street, Suite 101
                                                                                                      Pittsburgh, PA 15232
                                                                                                      412-395-6001
                                                                                                      mmh@thedebtdoctors.com

                                                                                                      ATTORNEY FOR THE DEBTORS