## -IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Brian J. Grubbs and**
**Kelly A. Grubbs,**

Case No. 19-22570-CMB

Chapter 13

**Debtors.**

_____

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑     a motion to dismiss case or certificate of default requesting dismissal

☒     a plan modification sought by:   The Debtors to add creditor Peoples Natural Gas Company, LLC to their plan and post-petition real estate taxes owed to creditor Westmoreland County Tax Claim Bureau.

❑     a motion to lift stay
       as to creditor   _____

❑     other:   _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated May 20, 2020

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒     Debtors' plan payments shall be changed from $1,585.00 to

    $2,303.00 per month, effective March 2023; and/or the Plan term shall be changed from _____ months to _____ months.

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other: Per a February 21, 2023, Default Order of Court, creditor Peoples Natural Gas Company, LLC shall be added to Section 4.8 of the Debtors' plan with a monthly budget payment of $181.70 beginning March 2023. The post-petition account no. ends in 2020. The post-petition utility claim of Peoples Natural Gas Company is a priority administrative claim. The Debtors also owe post-petition real estate taxes to the Westmoreland County Tax Claim Bureau for tax years $3,118.79 (2020) with interest beginning 1/21, $2,936.25 (2021) with interest beginning 1/22, and $3,566.07 (2022) with interest beginning 1/23. These debts shall be added to Section 3.6 of their plan and bear interest at 10%.

  **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

  **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

SO ORDERED, this <u>3rd</u> day of <u>March</u>, 2023

Dated: <u>3/3/3023</u>

<u>Carlota M. Böhm</u> dmk
United States Bankruptcy Judge

Stipulated by:

<u>/s/Matthew M. Herron</u>
Counsel to Debtors

Stipulated by:

<u>/s/James Warmbrodt</u>
Counsel to Chapter 13 Trustee

FILED
3/3/23 12:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

<u>                              </u>
Counsel to affected Creditor

cc:  All Parties in Interest to be served by Clerk

{W0576392.1}    [04/22]    -4-

United States Bankruptcy Court
Western District of Pennsylvania

In re:     Case No. 19-22570-CMB
Brian J. Grubbs     Chapter 13
Kelly A. Grubbs
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Mar 03, 2023     Form ID: pdf900     Total Noticed: 58

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian J. Grubbs, Kelly A. Grubbs, 464 Lemmon Road, Latrobe, PA 15650-5460 |
| aty | + | Michael Murphy, 245 Fort Pitt Blvd., Pittsburgh, PA 15222-1511 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| cr | + | PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COM, 230 THEOBOLD AVENUE, GREENSBURG, PA 15601-5536 |
| 15077875 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15077876 | + | Altius Diagnostics Laboratory, 12100 Northup Way, Suite 110, Bellevue, WA 98005-1913 |
| 15077882 | | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15077877 | + | Cambria Thrift Consumer Discount Co., 2 E Market Street, PO Box 122, Blairsville, PA 15717-0122 |
| 15089167 | + | Cambria Thrift Consumer Discount Co., 112 Market Street, Johnstown, PA 15901-1609 |
| 15077883 | + | Cordant Health Solutions, 12015 E 46th Avenue #250, Denver, CO 80239-3107 |
| 15077889 | | Dentalworks, PO Box 64-3005, Cincinnati, OH 45264-3005 |
| 15077892 | + | Fenner Physician Building, 3 Penn Center West, Pittsburgh, PA 15276-0103 |
| 15077893 | + | GU, Inc., 3 Penn Center West, Suite 127, Pittsburgh, PA 15276-0112 |
| 15089184 | + | Hayt, Hayt & Landau, LLC, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 15077900 | + | Jonathan P. Krizner, 3940 State Route 981, Mount Pleasant, PA 15666-3716 |
| 15077896 | + | Latrobe Hospital, One Mellon Way, Latrobe, PA 15650-1197 |
| 15089190 | | Norvelt Dental Center, 3940 State Route 981, Mount Pleasant, PA 15666-3716 |
| 15098433 | ++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734 address filed with court:, Pheple Federal Credit Union, f/k/a Westmoreland Community FCU, 230 Theobold Avenue, Greensburg, PA 15601 |
| 15077904 | + | PNC, P.O. Box 15026, Wilmington, DE 19850-5026 |
| 15077902 | | Pediatrics Associates of Westmoreland, 555 West Newton St, Greensburg, PA 15601-2861 |
| 15077903 | | Perfect Smile Dental Group, 29 North Main Street, Greensburg, PA 15601-2401 |
| 15077905 | | Premier Medical Laboratory Services, PO Box 27102, Greenville, SC 29616-2102 |
| 15077906 | + | Quest Diagnostics, PO Box 740717, Cincinnati, OH 45274-0717 |
| 15077907 | + | Radiologic Consultants, 717 E. Pittsburgh Street, Greensburg, PA 15601-2636 |
| 15089199 | + | Ratchford Law Group, P.C., 409 Lackawanna Ave., STE 320, Scranton, PA 18503-2062 |
| 15077909 | | SS Grover MD and Associates, 2640 Pitcairn Road, Monroeville, PA 15146-3309 |
| 15077912 | | US Dept of Education, 3130 Fairview Park DriveSuite 800, Falls Church, VA 23323 |
| 15089203 | + | Unity Township Tax Collector, 152 Beatty County Road, Latrobe, PA 15650-5464 |
| 15077913 | + | Westmoreland Hospital, 532 W. Pittsburgh Street, Greensburg, PA 15601-2282 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 04 2023 00:09:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 04 2023 00:01:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, |

Case 19-22570-CMB    Doc 97    Filed 03/05/23    Entered 03/06/23 00:20:48    Desc Imaged
Certificate of Notice    Page 6 of 8

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 03, 2023 | Form ID: pdf900 | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| | | | | PA 15233-1828 |
| 15077880 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 03 2023 23:59:09 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15077878 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 03 2023 23:59:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15077881 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 03 2023 23:59:00 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15085307 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 03 2023 23:59:05 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15077884 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 04 2023 00:01:00 | Credit Collection, PO Box 607, Norwood, MA 02062-0607 |
| 15077885 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 04 2023 00:01:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15077886 | + | Email/Text: ccusa@ccuhome.com | Mar 04 2023 00:01:00 | Credit Collections USA, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15077888 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 03 2023 23:59:01 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 15077887 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 04 2023 00:09:21 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15077891 | + | Email/Text: bknotice@ercbpo.com | Mar 04 2023 00:01:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 15077890 | + | Email/Text: bknotice@ercbpo.com | Mar 04 2023 00:01:00 | Enhanced Recovery Corporation, PO Box 57547, Jacksonville, FL 32241-7547 |
| 15077894 | + | Email/Text: bankruptcy.notices@hdfsi.com | Mar 04 2023 00:01:00 | Harley Davidson Credit, 3850 Arrowhead Dr, Carson City, NV 89706-2016 |
| 15098662 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Mar 04 2023 00:01:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15089185 | ^ | MEBN | Mar 03 2023 23:57:14 | KML Law Group, P.C., Suite 5000 - BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15077897 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2023 00:09:19 | LVNV Funding, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15160075 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2023 00:09:21 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15109295 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2023 00:09:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15077898 | | Email/Text: Mercury@ebn.phinsolutions.com | Mar 04 2023 00:01:00 | Mercury, PO Box 84064, Columbus, GA 31908-4064 |
| 15077899 | + | Email/Text: Mercury@ebn.phinsolutions.com | Mar 04 2023 00:01:00 | Mercury Card/ FB&T, 1415 Warm Springs Road, Columbus, GA 31904-8366 |
| 15117917 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 04 2023 00:01:00 | PNC Bank, National Association, Attn: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |
| 15077901 | | Email/PDF: gecsedi@recoverycorp.com | Mar 04 2023 00:09:19 | Paypal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 15107244 | + | Email/Text: ebnpeoples@grblaw.com | Mar 04 2023 00:01:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, PC, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15117946 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 03 2023 23:59:05 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

Case 19-22570-CMB   Doc 97   Filed 03/05/23   Entered 03/06/23 00:20:48   Desc Imaged
Certificate of Notice   Page 7 of 8

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 03, 2023 | Form ID: pdf900 | Total Noticed: 58 |

| Recip ID | Bypass Reason | Address info | Date | Recipient |
|---|---|---|---|---|
| 15079203 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 04 2023 00:09:19 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15077910 | ^ | MEBN | Mar 03 2023 23:56:54 | Synergetic Communication, Inc., 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 15107061 | ^ | MEBN | Mar 03 2023 23:57:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15077911 |   | Email/Text: edbknotices@ecmc.org | Mar 04 2023 00:01:00 | US Department of Education, PO Box 790336, Saint Louis, MO 63179-0336 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |   | PNC BANK NATIONAL ASSOCIATION |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15089165 | *+ | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15089166 | *+ | Altius Diagnostics Laboratory, 12100 Northup Way, Suite 110, Bellevue, WA 98005-1913 |
| 15089171 | * | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15089169 | * | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15077879 | * | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15089168 | * | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15089170 | *+ | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15089172 | *+ | Cordant Health Solutions, 12015 E 46th Avenue #250, Denver, CO 80239-3107 |
| 15089173 | *+ | Credit Collection, PO Box 607, Norwood, MA 02062-0607 |
| 15089174 | *+ | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15089175 | *+ | Credit Collections USA, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15089177 | *+ | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 15089176 | *+ | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15089178 | * | Dentalworks, PO Box 64-3005, Cincinnati, OH 45264-3005 |
| 15089180 | *+ | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 15089179 | *+ | Enhanced Recovery Corporation, PO Box 57547, Jacksonville, FL 32241-7547 |
| 15089181 | *+ | Fenner Physician Building, 3 Penn Center West, Pittsburgh, PA 15276-0103 |
| 15089182 | *+ | GU, Inc., 3 Penn Center West, Suite 127, Pittsburgh, PA 15276-0112 |
| 15089183 | *+ | Harley Davidson Credit, 3850 Arrowhead Dr, Carson City, NV 89706-2016 |
| 15089187 | *+ | LVNV Funding, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15089186 | *+ | Latrobe Hospital, One Mellon Way, Latrobe, PA 15650-1197 |
| 15089188 | * | Mercury, PO Box 84064, Columbus, GA 31908-4064 |
| 15089189 | *+ | Mercury Card/ FB&T, 1415 Warm Springs Road, Columbus, GA 31904-8366 |
| 15089195 | *+ | PNC, P.O. Box 15026, Wilmington, DE 19850-5026 |
| 15089191 | * | Paypal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 15089192 | * | Pediatrics Associates of Westmoreland, 555 West Newton St, Greensburg, PA 15601-2861 |
| 15089193 | * | Perfect Smile Dental Group, 29 North Main Street, Greensburg, PA 15601-2401 |
| 15089196 | * | Premier Medical Laboratory Services, PO Box 27102, Greenville, SC 29616-2102 |
| 15089197 | *+ | Quest Diagnostics, PO Box 740717, Cincinnati, OH 45274-0717 |
| 15089198 | *+ | Radiologic Consultants, 717 E. Pittsburgh Street, Greensburg, PA 15601-2636 |
| 15089200 | *+ | SRA Associates, Inc., 401 Minnetonka Road, Somerdale, NJ 08083-2914 |
| 15089201 | * | SS Grover MD and Associates, 2640 Pitcairn Road, Monroeville, PA 15146-3309 |
| 15089202 | *+ | Synergetic Communication, Inc., 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 15089204 | * | US Department of Education, PO Box 790336, Saint Louis, MO 63179-0336 |
| 15089205 | * | US Dept of Education, 3130 Fairview Park DriveSuite 800, Falls Church, VA 23323 |
| 15089206 | *+ | Westmoreland Hospital, 532 W. Pittsburgh Street, Greensburg, PA 15601-2282 |
| 15077895 | ##+ | Hayt, Hayt & landau, LLC, 123 Broad Street, Suite 1660, Philadelphia, PA 19109-1003 |
| 15089194 | ##+ | PHEPLE Credit Union, 1007 Georges Station Road, Greensburg, PA 15601-6982 |
| 15077908 | ##+ | SRA Associates, Inc., 401 Minnetonka Road, Somerdale, NJ 08083-2914 |

TOTAL: 1 Undeliverable, 37 Duplicate, 3 Out of date forwarding address

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Mar 03, 2023 | Form ID: pdf900 | Total Noticed: 58

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Joseph Paul Covelli | on behalf of Creditor PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com |
| Matthew M. Herron | on behalf of Joint Debtor Kelly A. Grubbs mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Debtor Brian J. Grubbs mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Natalie Norina Piscione | on behalf of Creditor PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com  ndantonio@covellilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 10