# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Brian J. Grubbs | Case No. 19-22570-CMB |
| Kelly A. Grubbs, | |
| Debtor(s). | Chapter 13 |
| | |
| Brian J. Grubbs | Doc. No. WO-1 |
| Movant(s), | |
| v. | |
| Blackhorse Carriers, Inc., | |
| Respondent. | |

## CERTIFICATE OF SERVICE

I, Heather Seitz, Paralegal, of The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232 certify as follows:

That I am and at all times hereinafter mentioned was more than 18 years of age:

That on the 6th day of March 2023

I served a copy of:   **ORDER GRANTING MOTION TO ATTACH WAGES and LOCAL FORM 12**

RE:   Brian J. Grubbs                                      Case No.: 19-22570-CMB
                                                                       Chapter 13

ON:   Blackhorse Carriers, Inc.
          455 Kehoe Blvd., Suite 105
          Carol Stream, IL 60188

BY:   Regular first-class US mail and facsimile

I certify under the penalty of perjury that the foregoing is true and correct.

Date:  March 6, 2023                                 /s/ *Heather Seitz*_____
                                                                 Heather Seitz, Paralegal
                                                                 The Debt Doctors, LLC
                                                                 607 College Street, Suite 101
                                                                 Pittsburgh, PA 15232
                                                                 (412) 395-6001
                                                                 hgs@thedebtdoctors.com

{W0576486.1 }