**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/02/2024

IN RE:

BRIAN J. GRUBBS
KELLY A. GRUBBS
464 LEMMON ROAD
LATROBE,  PA  15650
XXX-XX-8080        Debtor(s)

XXX-XX-2119

Case No. 19-22570 CMB

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/2/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  LOWES/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 8840 |
| **COVELLI LAW OFFICES**<br>357 REGIS AVE<br><br>PITTSBURGH, PA  15236 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PHEPLE CU~WESTMORELAND CMMNTY FCU/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **CAMBRIA THRIFT CDC++**<br>POB 122<br><br>BLAIRSVILLE, PA  15717 | Trustee Claim Number:3   INT %: 5.50%<br>Court Claim Number:10-2<br><br>CLAIM:  1,386.72<br>COMMENT:  $3,468.62/PL@5.5%MDF*AMD CL=$0*TTL LOSS~PD BY INSUR*PIF/AMD CL | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 8813 |
| **PHEPLE FEDERAL CREDIT UNION**<br>230 THEOBOLD AVE<br><br>GREENSBURG, PA  15601 | Trustee Claim Number:4   INT %: 3.39%<br>Court Claim Number:3<br><br>CLAIM:  6,744.78<br>COMMENT:  $CL-PL@3.39%MDF*910 CL/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 1373 |
| **PNC BANK NA**<br>PO BOX 94982<br><br>CLEVELAND, OH  44101 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM:  0.00<br>COMMENT:  PMT/PL-CL*560.47X60+2=LMT*BGN 7/19 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8826 |
| **WESTMORELAND COUNTY TAX CLAIM BUREAU**<br>40 N PENNSYLVANIA AVE STE 109<br><br>GREENSBURG, PA  15601 | Trustee Claim Number:6   INT %: 9.00%<br>Court Claim Number:<br><br>CLAIM:  8,035.04<br>COMMENT:  $@10%/PL*STAT ISSUE*18-19*PAY TCB/CRED*DK | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 3368 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLEGHENY HEALTH NETWORK**<br>PO BOX 645266<br><br>PITTSBURGH, PA  15264-5266 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6899 |
| **ALLEGHENY HEALTH NETWORK**<br>PO BOX 645266<br><br>PITTSBURGH, PA  15264-5266 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6899 |
| **ALTIUS DIAGNOSTIC LAB**<br>12100 NORTHUP WY STE 110<br><br>BELLVUE, WA  98005 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1948 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CAPITAL ONE**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5907 |
| **CAPITAL ONE**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0747 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 5 | CLAIM: 336.18<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7809 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 2 | CLAIM: 3,390.83<br>COMMENT: LAST TRANSACTION 1/6/2016 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8439 |
| **CAPITAL ONE**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5907 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 1 | CLAIM: 3,538.11<br>COMMENT: 9804/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4548 |
| **CBCS**<br>PO BOX 2724<br>COLUMBUS, OH 43216-2724 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2554 |
| **CORDANT HEALTH SOLUTIONS**<br>12015 3 46TH AVE<br>DENVER, CO 80239 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8250 |
| **CORDANT HEALTH SOLUTIONS**<br>12015 3 46TH AVE<br>DENVER, CO 80239 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6096 |
| **CORDANT HEALTH SOLUTIONS**<br>12015 3 46TH AVE<br>DENVER, CO 80239 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6104 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CREDIT COLLECTION SERVICES**<br>725 CANTON ST<br>NORWOOD, MA 02062 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6162 |
| **CREDIT COLLECTION SERVICES**<br>725 CANTON ST<br>NORWOOD, MA 02062 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9397 |
| **CREDIT COLLECTION SERVICES**<br>725 CANTON ST<br>NORWOOD, MA 02062 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9725 |
| **CREDIT COLLECTIONS USA**<br>16 DISTRIBUTOR DRIVE<br>STE 1<br>MORGANTOWN, PA 26501-7209 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0905 |
| **CREDIT ONE BANK**<br>PO BOX 60500<br>CITY OF INDUSTRY, CA 91716-0500 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2777 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:8 | CLAIM: 714.34<br>COMMENT: CREDIT ONE/SHERMAN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1500 |
| **DENTAL WORKS**<br>517 CLAIRTON BLVD<br>PLEASANT HILLS, PA 15236 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5284 |
| **DENTAL WORKS**<br>517 CLAIRTON BLVD<br>PLEASANT HILLS, PA 15236 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5284 |
| **ERC**<br>PO BOX 57547<br>JACKSONVILLE, FL 32241 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0520 |
| **ERC**<br>PO BOX 57547<br>JACKSONVILLE, FL 32241 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4838 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **GU INCORPORATED**<br>3 PENN CNTR WEST STE 127<br><br>PITTSBURGH, PA 15276 | Trustee Claim Number: 31   INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1012 |
| **GU INCORPORATED**<br>3 PENN CNTR WEST STE 127<br><br>PITTSBURGH, PA 15276 | Trustee Claim Number: 32   INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1012 |
| **HARLEY DAVIDSON CREDIT CORP***<br>BOX 15129<br><br>PALATINE, IL 60055-5129 | Trustee Claim Number: 33   INT %: 0.00%<br>Court Claim Number: 4 | CLAIM: 7,761.71<br>COMMENT: 2574/SCH*DEFICIENCY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1874 |
| **LATROBE HOSPITAL**<br>FIRST AVENUE<br><br>LATROBE, PA 15650 | Trustee Claim Number: 34   INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0500 |
| **LATROBE HOSPITAL**<br>FIRST AVENUE<br><br>LATROBE, PA 15650 | Trustee Claim Number: 35   INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0789 |
| **LATROBE HOSPITAL**<br>FIRST AVENUE<br><br>LATROBE, PA 15650 | Trustee Claim Number: 36   INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0483 |
| **LATROBE HOSPITAL**<br>FIRST AVENUE<br><br>LATROBE, PA 15650 | Trustee Claim Number: 37   INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0935 |
| **LATROBE HOSPITAL**<br>FIRST AVENUE<br><br>LATROBE, PA 15650 | Trustee Claim Number: 38   INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0162 |
| **LATROBE HOSPITAL**<br>FIRST AVENUE<br><br>LATROBE, PA 15650 | Trustee Claim Number: 39   INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1022 |
| **LATROBE HOSPITAL**<br>FIRST AVENUE<br><br>LATROBE, PA 15650 | Trustee Claim Number: 40   INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0483 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **LATROBE HOSPITAL**<br>FIRST AVENUE<br>LATROBE, PA 15650 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0935 |
| **LATROBE HOSPITAL**<br>FIRST AVENUE<br>LATROBE, PA 15650 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0789 |
| **LATROBE HOSPITAL**<br>FIRST AVENUE<br>LATROBE, PA 15650 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0162 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0112 |
| **MERCURY**<br>PO BOX 84064<br>COLUMBUS, GA 31908 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1991 |
| **MERCURY**<br>PO BOX 84064<br>COLUMBUS, GA 31908 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1109 |
| **JONATHAN P KRIZNER DDS D/B/A NORVELT DEI**<br>3940 STATE ROUTE 981<br>MT PLEASANT, PA 15666 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: 9-2 | CLAIM: 671.81<br>COMMENT: AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7065 |
| **NORVELT DENTAL**<br>3940 STATE RTE 981<br>MOUNT PLEASANT, PA 15666 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7065 |
| **NORVELT DENTAL**<br>3940 STATE RTE 981<br>MOUNT PLEASANT, PA 15666 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7065 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: 12 | CLAIM: 459.49<br>COMMENT: 2996/SCH*FR SYNCHRONY BANK-DOC 30 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2913 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PEDIATRIC ASSOCIATES OF WESTMORELAND**<br>555 WEST NEWTON ST STE 10<br>GREENSBURG, PA  15601 | Trustee Claim Number:51  INT %:  0.00%<br>Court Claim Number:<br>COMMENT: | CLAIM:  0.00 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0560 |
| **PEDIATRIC ASSOCIATES OF WESTMORELAND**<br>555 WEST NEWTON ST STE 10<br>GREENSBURG, PA  15601 | Trustee Claim Number:52  INT %:  0.00%<br>Court Claim Number:<br>COMMENT: | CLAIM:  0.00 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5147 |
| **PERFECT SMILE DENTAL GROUP**<br>29 NORTH MAIN ST<br>GREENSBURG, PA  15601-2401 | Trustee Claim Number:53  INT %:  0.00%<br>Court Claim Number:<br>COMMENT: | CLAIM:  0.00 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4725 |
| **PREMIER MEDICAL ASSOC**<br>POB 643773<br>PITTSBURGH, PA  15264 | Trustee Claim Number:54  INT %:  0.00%<br>Court Claim Number:<br>COMMENT:  NT ADR/SCH | CLAIM:  0.00 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0652 |
| **QUEST DIAGNOSTIC VENTURE LLC**<br>PO BOX 740717<br>CINCINNATI, OH  45274 | Trustee Claim Number:55  INT %:  0.00%<br>Court Claim Number:<br>COMMENT: | CLAIM:  0.00 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7968 |
| **RADIOLOGIC CONSULTANTS LTD**<br>717 E PITTSBURGH ST<br>GREENSBURG, PA  15601-2636 | Trustee Claim Number:56  INT %:  0.00%<br>Court Claim Number:<br>COMMENT: | CLAIM:  0.00 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7938 |
| **RADIOLOGIC CONSULTANTS LTD**<br>717 E PITTSBURGH ST<br>GREENSBURG, PA  15601-2636 | Trustee Claim Number:57  INT %:  0.00%<br>Court Claim Number:<br>COMMENT: | CLAIM:  0.00 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7938 |
| **SS GROVER MD AND ASSOCIATES**<br>2640 PITCAIRN RD<br>MONROEVILLE, PA  15146-3309 | Trustee Claim Number:58  INT %:  0.00%<br>Court Claim Number:<br>COMMENT: | CLAIM:  0.00 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3207 |
| **US DEPARTMENT OF EDUCATION**<br>NATIONAL PAYMENT CENTER<br>PO BOX 790336<br>ST LOUIS, MO  63179-0336 | Trustee Claim Number:59  INT %:  0.00%<br>Court Claim Number:<br>COMMENT: | CLAIM:  0.00 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8239 |
| **US DEPARTMENT OF EDUCATION**<br>NATIONAL PAYMENT CENTER<br>PO BOX 790336<br>ST LOUIS, MO  63179-0336 | Trustee Claim Number:60  INT %:  0.00%<br>Court Claim Number:<br>COMMENT:  NT ADR/SCH | CLAIM:  0.00 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3863 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **US DEPARTMENT OF EDUCATION**<br>NATIONAL PAYMENT CENTER<br>PO BOX 790336<br>ST LOUIS, MO 63179-0336 | Trustee Claim Number: 61  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3863 |
| **WESTMORELAND HOSPITAL**<br>532 W. PITTSBURGH STREET<br>GREENSBURG, PA 15601 | Trustee Claim Number: 62  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0070 |
| **WESTMORELAND HOSPITAL**<br>532 W. PITTSBURGH STREET<br>GREENSBURG, PA 15601 | Trustee Claim Number: 63  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0070 |
| **FENNER PHYSICIAN BUILDING**<br>3 PENN CENTER WEST<br>PITTSBURGH, PA 15279 | Trustee Claim Number: 64  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **HAYT HAYT & LANDAU LLC**<br>123 S BROAD ST STE 1325<br>PHILADELPHIA, PA 19109 | Trustee Claim Number: 65  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **ABRAHAMSEN RATCHFORD++**<br>409 LACKAWANNA AVE STE 3C<br>SCRANTON, PA 18503-2059 | Trustee Claim Number: 66  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **SRA ASSOCIATES++**<br>4501 MINNETONKA RD<br>HI NELLA, NJ 08083 | Trustee Claim Number: 67  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **SYNERGETIC**<br>5450 NW CENTRAL 100<br>HOUSTON, TX 77092 | Trustee Claim Number: 68  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 69  INT %: 0.00%<br>Court Claim Number: 11 | CLAIM: 20,079.19<br>COMMENT: $CL-PL*THRU 6/19 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8826 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 70  INT %: 0.00%<br>Court Claim Number: 7 | CLAIM: 105.24<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0391 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 71  INT %: 0.00%<br>Court Claim Number: 6 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2119 | CLAIM: 122.64<br>COMMENT: NT/SCH |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 72  INT %: 0.00%<br>Court Claim Number: | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 2020 | CLAIM: 0.00<br>COMMENT: $/DOE-STIP OE*BGN 3/23 DISTRIB*DK |
| **WESTMORELAND COUNTY TAX CLAIM BUREAU**<br>40 N PENNSYLVANIA AVE STE 109<br>GREENSBURG, PA 15601 | Trustee Claim Number: 73  INT %: 10.00%<br>Court Claim Number: | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 3368 | CLAIM: 3,118.79<br>COMMENT: $@%~BGN DATE/STIP OE*20 TAX YR*BGN 1/21*NT PROV/PL |
| **WESTMORELAND COUNTY TAX CLAIM BUREAU**<br>40 N PENNSYLVANIA AVE STE 109<br>GREENSBURG, PA 15601 | Trustee Claim Number: 74  INT %: 10.00%<br>Court Claim Number: | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 3368 | CLAIM: 2,936.25<br>COMMENT: $@%~BGN DATE/STIP OE*21 TAX YR*BGN 1/22*NT PROV/PL |
| **WESTMORELAND COUNTY TAX CLAIM BUREAU**<br>40 N PENNSYLVANIA AVE STE 109<br>GREENSBURG, PA 15601 | Trustee Claim Number: 75  INT %: 10.00%<br>Court Claim Number: | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 3368 | CLAIM: 3,566.07<br>COMMENT: $@%~BGN DATE/STIP OE*22 TAX YR*BGN 1/23*NT PROV/PL |

Case 19-22570-CMB    Doc 100    Filed 04/02/24    Entered 04/02/24 11:18:59    Desc
Page 10 of 10