IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 19-22570-CMB |
| Brian J. Grubbs ) | Chapter 13 |
| Kelly A. Grubbs ) | |
|     Debtor(s) ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
|     Movant(s) ) | |
|     vs. ) | |
| Brian J. Grubbs ) | |
| Kelly A. Grubbs ) | |
|     Respondent(s) ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **July 16, 2024 at 1:30 p.m. before Judge Carlota Böhm** in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328.

Case 19-22570-CMB Doc 102 Filed 06/21/24 Entered 06/21/24 00:30:55 Desc Document Page 2 of 2

Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **July 8, 2024.**

| | |
|---|---|
| <u>6/21/24</u><br>Date | /s/ Ronda J. Winnecour<br>Ronda J. Winnecour (PA I.D. #30399)<br>Attorney and Chapter 13 Trustee<br>U.S. Steel Tower – Suite 3250<br>600 Grant Street<br>Pittsburgh, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22570-CMB |
| Brian J. Grubbs | Chapter 13 |
| Kelly A. Grubbs | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jun 24, 2024 | Form ID: pdf900 | Total Noticed: 59 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian J. Grubbs, Kelly A. Grubbs, 464 Lemmon Road, Latrobe, PA 15650-5460 |
| aty | + | Michael Murphy, 245 Fort Pitt Blvd., Pittsburgh, PA 15222-1511 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| cr | + | PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COM, 230 THEOBOLD AVENUE, GREENSBURG, PA 15601-5536 |
| 15077876 | + | Altius Diagnostics Laboratory, 12100 Northup Way, Suite 110, Bellevue, WA 98005-1913 |
| 15077877 | + | Cambria Thrift Consumer Discount Co., 2 E Market Street, PO Box 122, Blairsville, PA 15717-0122 |
| 15089167 | + | Cambria Thrift Consumer Discount Co., 112 Market Street, Johnstown, PA 15901-1609 |
| 15077889 | | Dentalworks, PO Box 64-3005, Cincinnati, OH 45264-3005 |
| 15077892 | + | Fenner Physician Building, 3 Penn Center West, Pittsburgh, PA 15276-0112 |
| 15077893 | + | GU, Inc., 3 Penn Center West, Suite 127, Pittsburgh, PA 15276-0112 |
| 15077895 | + | Hayt, Hayt & landau, LLC, 123 Broad Street, Suite 1660, Philadelphia, PA 19109-1003 |
| 15077900 | + | Jonathan P. Krizner, 3940 State Route 981, Mount Pleasant, PA 15666-3716 |
| 15077896 | + | Latrobe Hospital, One Mellon Way, Latrobe, PA 15650-1197 |
| 15089190 | | Norvelt Dental Center, 3940 State Route 981, Mount Pleasant, PA 15666-3716 |
| 15089194 | + | PHEPLE Credit Union, 1007 Georges Station Road, Greensburg, PA 15601-6982 |
| 15098433 | ++ | PHEPLE FEDERAL CREDIT UNION, 708 STATE ROUTE 119, GREENSBURG PA 15601-6753 address filed with court:, Pheple Federal Credit Union, f/k/a Westmoreland Community FCU, 230 Theobold Avenue, Greensburg, PA 15601 |
| 15077904 | + | PNC, P.O. Box 15026, Wilmington, DE 19850-5026 |
| 15077902 | | Pediatrics Associates of Westmoreland, 555 West Newton St, Greensburg, PA 15601-2861 |
| 15077903 | | Perfect Smile Dental Group, 29 North Main Street, Greensburg, PA 15601-2401 |
| 15077905 | | Premier Medical Laboratory Services, PO Box 27102, Greenville, SC 29616-2102 |
| 15077906 | + | Quest Diagnostics, PO Box 740717, Cincinnati, OH 45274-0717 |
| 15077907 | + | Radiologic Consultants, 717 E. Pittsburgh Street, Greensburg, PA 15601-2636 |
| 15089199 | + | Ratchford Law Group, P.C., 409 Lackawanna Ave., STE 320, Scranton, PA 18503-2087 |
| 15077909 | | SS Grover MD and Associates, 2640 Pitcairn Road, Monroeville, PA 15146-3309 |
| 15117946 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15079203 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15077912 | | US Dept of Education, 3130 Fairview Park DriveSuite 800, Falls Church, VA 23323 |
| 15089203 | + | Unity Township Tax Collector, 152 Beatty County Road, Latrobe, PA 15650-5464 |
| 15077913 | + | Westmoreland Hospital, 532 W. Pittsburgh Street, Greensburg, PA 15601-2282 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 25 2024 00:11:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 25 2024 00:02:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, |

Case 19-22570-CMB   Doc 104   Filed 06/26/24   Entered 06/27/24 00:30:55   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 24, 2024 | Form ID: pdf900 | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| | | | | PA 15233-1828 |
| 15077875 | ^ | MEBN | | |
| | | | Jun 24 2024 23:54:40 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15077882 | ^ | MEBN | | |
| | | | Jun 24 2024 23:54:47 | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15077880 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jun 25 2024 00:21:44 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15077878 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jun 25 2024 00:11:33 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15077881 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jun 25 2024 00:11:27 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15085307 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jun 25 2024 00:11:34 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15077884 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |
| | | | Jun 25 2024 00:03:00 | Credit Collection, PO Box 607, Norwood, MA 02062-0607 |
| 15077885 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |
| | | | Jun 25 2024 00:03:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15077886 | + | Email/Text: ccusa@ccuhome.com | | |
| | | | Jun 25 2024 00:02:00 | Credit Collections USA, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15077888 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Jun 25 2024 00:11:25 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 15077887 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Jun 25 2024 00:11:16 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15077891 | + | Email/Text: bknotice@ercbpo.com | | |
| | | | Jun 25 2024 00:03:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 15077890 | + | Email/Text: bknotice@ercbpo.com | | |
| | | | Jun 25 2024 00:03:00 | Enhanced Recovery Corporation, PO Box 57547, Jacksonville, FL 32241-7547 |
| 15077894 | + | Email/Text: bankruptcy.notices@hdfsi.com | | |
| | | | Jun 25 2024 00:03:00 | Harley Davidson Credit, 3850 Arrowhead Dr, Carson City, NV 89706-2016 |
| 15098662 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | | |
| | | | Jun 25 2024 00:02:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15089184 | ^ | MEBN | | |
| | | | Jun 24 2024 23:54:41 | Hayt, Hayt & Landau, LLC, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 15089185 | ^ | MEBN | | |
| | | | Jun 24 2024 23:54:24 | KML Law Group, P.C., Suite 5000 - BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15077897 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jun 25 2024 00:11:33 | LVNV Funding, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15160075 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jun 25 2024 00:11:25 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15109295 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jun 25 2024 00:11:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15077898 | | Email/Text: Mercury@ebn.phinsolutions.com | | |
| | | | Jun 25 2024 00:02:00 | Mercury, PO Box 84064, Columbus, GA 31908-4064 |
| 15077899 | + | Email/Text: Mercury@ebn.phinsolutions.com | | |
| | | | Jun 25 2024 00:02:00 | Mercury Card/ FB&T, 1415 Warm Springs Road, Columbus, GA 31904-8366 |
| 15117917 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Jun 25 2024 00:02:00 | PNC Bank, National Association, Attn: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |
| 15077901 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jun 25 2024 00:11:08 | Paypal Credit, PO Box 71202, Charlotte, NC 28272-1202 |

Case 19-22570-CMB    Doc 104    Filed 06/26/24    Entered 06/27/24 00:30:55    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 24, 2024 | Form ID: pdf900 | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| 15107244 | + | Email/Text: ebnpeoples@grblaw.com | Jun 25 2024 00:02:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, PC, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15117946 | ^ | MEBN | Jun 24 2024 23:53:46 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15079203 | ^ | MEBN | Jun 24 2024 23:53:47 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15077910 | ^ | MEBN | Jun 24 2024 23:53:55 | Synergetic Communication, Inc., 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 15107061 | | Email/Text: BNCnotices@dcmservices.com | Jun 25 2024 00:02:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15077911 | | Email/Text: edbknotices@ecmc.org | Jun 25 2024 00:02:00 | US Department of Education, PO Box 790336, Saint Louis, MO 63179-0336 |

TOTAL: 32

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15089165 | *+ | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15089166 | *+ | Altius Diagnostics Laboratory, 12100 Northup Way, Suite 110, Bellevue, WA 98005-1913 |
| 15089171 | * | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15089169 | * | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15077879 | * | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15089168 | * | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15089170 | *+ | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15089172 | *+ | Cordant Health Solutions, 12015 E 46th Avenue #250, Denver, CO 80239-3107 |
| 15089173 | *+ | Credit Collection, PO Box 607, Norwood, MA 02062-0607 |
| 15089174 | *+ | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15089175 | *+ | Credit Collections USA, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15089177 | *+ | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 15089176 | *+ | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15089178 | * | Dentalworks, PO Box 64-3005, Cincinnati, OH 45264-3005 |
| 15089180 | *+ | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 15089179 | *+ | Enhanced Recovery Corporation, PO Box 57547, Jacksonville, FL 32241-7547 |
| 15089181 | *+ | Fenner Physician Building, 3 Penn Center West, Pittsburgh, PA 15276-0112 |
| 15089182 | *+ | GU, Inc., 3 Penn Center West, Suite 127, Pittsburgh, PA 15276-0112 |
| 15089183 | *+ | Harley Davidson Credit, 3850 Arrowhead Dr, Carson City, NV 89706-2016 |
| 15089187 | *+ | LVNV Funding, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15089186 | *+ | Latrobe Hospital, One Mellon Way, Latrobe, PA 15650-1197 |
| 15089188 | * | Mercury, PO Box 84064, Columbus, GA 31908-4064 |
| 15089189 | *+ | Mercury Card/ FB&T, 1415 Warm Springs Road, Columbus, GA 31904-8366 |
| 15089195 | *+ | PNC, P.O. Box 15026, Wilmington, DE 19850-5026 |
| 15089191 | * | Paypal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 15089192 | * | Pediatrics Associates of Westmoreland, 555 West Newton St, Greensburg, PA 15601-2861 |
| 15089193 | * | Perfect Smile Dental Group, 29 North Main Street, Greensburg, PA 15601-2401 |
| 15089196 | * | Premier Medical Laboratory Services, PO Box 27102, Greenville, SC 29616-2102 |
| 15089197 | *+ | Quest Diagnostics, PO Box 740717, Cincinnati, OH 45274-0717 |
| 15089198 | *+ | Radiologic Consultants, 717 E. Pittsburgh Street, Greensburg, PA 15601-2636 |
| 15089200 | *+ | SRA Associates, Inc., 401 Minnetonka Road, Somerdale, NJ 08083-2914 |
| 15089201 | * | SS Grover MD and Associates, 2640 Pitcairn Road, Monroeville, PA 15146-3309 |
| 15089202 | *+ | Synergetic Communication, Inc., 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 15089204 | * | US Department of Education, PO Box 790336, Saint Louis, MO 63179-0336 |
| 15089205 | * | US Dept of Education, 3130 Fairview Park DriveSuite 800, Falls Church, VA 23323 |
| 15089206 | *+ | Westmoreland Hospital, 532 W. Pittsburgh Street, Greensburg, PA 15601-2282 |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 24, 2024 | Form ID: pdf900 | Total Noticed: 59 |

| | | |
|---|---|---|
| 15077883 | ##+ | Cordant Health Solutions, 12015 E 46th Avenue #250, Denver, CO 80239-3107 |
| 15077908 | ##+ | SRA Associates, Inc., 401 Minnetonka Road, Somerdale, NJ 08083-2914 |

TOTAL: 1 Undeliverable, 37 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2024            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2024 at the address(es) listed below:**

**Name**            **Email Address**

Denise Carlon
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Joseph Paul Covelli
    on behalf of Creditor PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com

Matthew M. Herron
    on behalf of Joint Debtor Kelly A. Grubbs mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Debtor Brian J. Grubbs mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Natalie Norina Piscione
    on behalf of Creditor PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com ndantonio@covellilaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 10