# PROCEEDING MEMO

**Date: 07/16/2024 01:30 pm**

**In re:  Brian J. Grubbs
Kelly A. Grubbs**

**Bankruptcy No.  19-22570-CMB
Chapter:  13
Doc. #  101**

**Appearances:  Owen Katz
Amy Buchanan, Esq.**

**Nature of Proceeding:  # 101 Trustee's Motion to Dismiss Case**

**Outcome:** Hearing held. Debtor made sufficient payments to complete the case. Motion withdrawn. Matter concluded.

**Carlota Böhm
U.S. Bankruptcy Judge**

FILED
7/16/24 1:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA