# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In Re: | : | |
| Brian J. Grubbs and | : | |
| Kelly A. Grubbs, | : | Bankruptcy No.: 19-22570-CMB |
| Debtors. | : | |
| | : | Chapter 13 |
| Brian J. Grubbs and | : | |
| Kelly A. Grubbs, | : | |
| Movants, | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents. | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay a Domestic Support Obligation.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On July 1, 2024, at docket numbers 104 and 105, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

DocuSigned by:
Brian J. Grubbs, Debtor

DocuSigned by:
Kelly A. Grubbs, Joint-Debtor

RESPECTFULLY SUBMITTED,
THE DEBT DOCTORS, LLC

By: /s/*Matthew M. Herron*
Matthew M. Herron
607 College Avenue, Suite 101
Pittsburgh, PA 15232
mmh@thedebtdoctors.com
412-395-6001
PA I.D. No. 88927

**PAWB Local Form 24 (07/13)**