**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BRIAN J. GRUBBS<br>KELLY A. GRUBBS<br>   Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>   Movant<br>   vs.<br>No Respondents. | Case No.:19-22570<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

 1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

 2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

 3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

 4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

 1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
 2. Approve the Trustee's Report of Receipts and Disbursements,
 3. Terminate wage attachments,
 4. Revest property of the estate in the debtor(s), and
 5. Enter a final decree and close this case.

August 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/27/2019 and confirmed on 8/23/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 102,285.94 |
| Less Refunds to Debtor | 629.26 | |
| TOTAL AMOUNT OF PLAN FUND | | 101,656.68 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 7,984.58 | |
|   Trustee Fee | 5,120.48 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 13,105.06 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 34,188.67 | 0.00 | 34,188.67 |
|     Acct: 8826 | | | | |
|   PNC BANK NA | 20,079.19 | 20,079.19 | 0.00 | 20,079.19 |
|     Acct: 8826 | | | | |
|   WESTMORELAND COUNTY TAX CLAIM BU | 8,035.04 | 8,035.04 | 2,561.71 | 10,596.75 |
|     Acct: 3368 | | | | |
|   CAMBRIA THRIFT CDC++ | 1,386.72 | 1,386.72 | 339.76 | 1,726.48 |
|     Acct: 8813 | | | | |
|   PHEPLE FEDERAL CREDIT UNION | 6,744.78 | 6,744.78 | 572.04 | 7,316.82 |
|     Acct: 1373 | | | | |
| | | | | 73,907.91 |
| **Priority** | | | | |
|   MATTHEW M HERRON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN J. GRUBBS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN J. GRUBBS | 531.47 | 531.47 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN J. GRUBBS | 97.79 | 97.79 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THE DEBT DOCTORS LLC | 2,975.00 | 2,975.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THE DEBT DOCTORS LLC | 2,316.70 | 2,316.70 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXX2/20 | | | | |
|   THE DEBT DOCTORS LLC | 1,755.80 | 1,755.80 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXX2/21 | | | | |
|   THE DEBT DOCTORS LLC | 937.08 | 937.08 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXX5/23 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 3,088.90 | 0.00 | 3,088.90 |
|     Acct: 2020 | | | | |
|   WESTMORELAND COUNTY TAX CLAIM BU | 3,118.79 | 3,118.79 | 951.26 | 4,070.05 |
|     Acct: 3368 | | | | |
|   WESTMORELAND COUNTY TAX CLAIM BU | 2,936.25 | 2,936.25 | 607.95 | 3,544.20 |
|     Acct: 3368 | | | | |

19-22570 Page 2 of 4

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| WESTMORELAND COUNTY TAX CLAIM BU | 3,566.07 | 3,566.07 | 374.49 | 3,940.56 |
| Acct: 3368 | | | | |
| | | | | 14,643.71 |
| **Unsecured** | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6899 | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6899 | | | | |
| ALTIUS DIAGNOSTIC LAB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1948 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5907 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0747 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 336.18 | 0.00 | 0.00 | 0.00 |
| Acct: 7809 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 3,390.83 | 0.00 | 0.00 | 0.00 |
| Acct: 8439 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5907 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 3,538.11 | 0.00 | 0.00 | 0.00 |
| Acct: 4548 | | | | |
| CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2554 | | | | |
| CORDANT HEALTH SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8250 | | | | |
| CORDANT HEALTH SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6096 | | | | |
| CORDANT HEALTH SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6104 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6162 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9397 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9725 | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0905 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2777 | | | | |
| LVNV FUNDING LLC | 714.34 | 0.00 | 0.00 | 0.00 |
| Acct: 1500 | | | | |
| DENTAL WORKS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5284 | | | | |
| DENTAL WORKS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5284 | | | | |
| ERC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0520 | | | | |
| ERC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4838 | | | | |
| GU INCORPORATED | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1012 | | | | |
| GU INCORPORATED | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1012 | | | | |
| HARLEY DAVIDSON CREDIT CORP* | 7,761.71 | 0.00 | 0.00 | 0.00 |
| Acct: 1874 | | | | |
| LATROBE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0500 | | | | |
| LATROBE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 0789 | | | | |
| | LATROBE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0483 | | | | |
| | LATROBE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0935 | | | | |
| | LATROBE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0162 | | | | |
| | LATROBE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1022 | | | | |
| | LATROBE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0483 | | | | |
| | LATROBE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0935 | | | | |
| | LATROBE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0789 | | | | |
| | LATROBE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0162 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0112 | | | | |
| | MERCURY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1991 | | | | |
| | MERCURY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1109 | | | | |
| | JONATHAN P KRIZNER DDS D/B/A NORVE | 671.81 | 0.00 | 0.00 | 0.00 |
| | Acct: 7065 | | | | |
| | NORVELT DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7065 | | | | |
| | NORVELT DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7065 | | | | |
| | LVNV FUNDING LLC | 459.49 | 0.00 | 0.00 | 0.00 |
| | Acct: 2913 | | | | |
| | PEDIATRIC ASSOCIATES OF WESTMOREl | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0560 | | | | |
| | PEDIATRIC ASSOCIATES OF WESTMOREl | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5147 | | | | |
| | PERFECT SMILE DENTAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4725 | | | | |
| | PREMIER MEDICAL ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0652 | | | | |
| | QUEST DIAGNOSTIC VENTURE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7968 | | | | |
| | RADIOLOGIC CONSULTANTS LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7938 | | | | |
| | RADIOLOGIC CONSULTANTS LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7938 | | | | |
| | SS GROVER MD AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3207 | | | | |
| | US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8239 | | | | |
| | US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3863 | | | | |
| | US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3863 | | | | |
| | WESTMORELAND HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0070 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8840 | | | | |
| | COVELLI LAW OFFICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: | | | | |
|   WESTMORELAND HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0070 | | | | |
|   FENNER PHYSICIAN BUILDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HAYT HAYT & LANDAU LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ABRAHAMSEN RATCHFORD++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SRA ASSOCIATES++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SYNERGETIC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 105.24 | 0.00 | 0.00 | 0.00 |
|     Acct: 0391 | | | | |
|   UPMC PHYSICIAN SERVICES | 122.64 | 0.00 | 0.00 | 0.00 |
|     Acct: 2119 | | | | |

\*\*\*N O N E\*\*\*

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 88,551.62 |

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 9,621.11 |
| SECURED | 36,245.73 |
| UNSECURED | 17,100.35 |

Date: 08/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
BRIAN J. GRUBBS
KELLY A. GRUBBS
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:19-22570

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22570-CMB |
| Brian J. Grubbs | Chapter 13 |
| Kelly A. Grubbs | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 28, 2024 | Form ID: pdf900 | Total Noticed: 59 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian J. Grubbs, Kelly A. Grubbs, 464 Lemmon Road, Latrobe, PA 15650-5460 |
| aty | + | Michael Murphy, 245 Fort Pitt Blvd., Pittsburgh, PA 15222-1511 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| cr | + | PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COM, 230 THEOBOLD AVENUE, GREENSBURG, PA 15601-5536 |
| 15077876 | + | Altius Diagnostics Laboratory, 12100 Northup Way, Suite 110, Bellevue, WA 98005-1913 |
| 15077877 | + | Cambria Thrift Consumer Discount Co., 2 E Market Street, PO Box 122, Blairsville, PA 15717-0122 |
| 15089167 | + | Cambria Thrift Consumer Discount Co., 112 Market Street, Johnstown, PA 15901-1609 |
| 15077889 | | Dentalworks, PO Box 64-3005, Cincinnati, OH 45264-3005 |
| 15077892 | + | Fenner Physician Building, 3 Penn Center West, Pittsburgh, PA 15276-0112 |
| 15077893 | + | GU, Inc., 3 Penn Center West, Suite 127, Pittsburgh, PA 15276-0112 |
| 15077895 | + | Hayt, Hayt & landau, LLC, 123 Broad Street, Suite 1660, Philadelphia, PA 19109-1003 |
| 15077900 | + | Jonathan P. Krizner, 3940 State Route 981, Mount Pleasant, PA 15666-3716 |
| 15077896 | + | Latrobe Hospital, One Mellon Way, Latrobe, PA 15650-1197 |
| 15089190 | | Norvelt Dental Center, 3940 State Route 981, Mount Pleasant, PA 15666-3716 |
| 15089194 | + | PHEPLE Credit Union, 1007 Georges Station Road, Greensburg, PA 15601-6982 |
| 15098433 | ++ | PHEPLE FEDERAL CREDIT UNION, 708 STATE ROUTE 119, GREENSBURG PA 15601-6753 address filed with court:, Pheple Federal Credit Union, f/k/a Westmoreland Community FCU, 230 Theobold Avenue, Greensburg, PA 15601 |
| 15077904 | + | PNC, P.O. Box 15026, Wilmington, DE 19850-5026 |
| 15077902 | | Pediatrics Associates of Westmoreland, 555 West Newton St, Greensburg, PA 15601-2861 |
| 15077903 | | Perfect Smile Dental Group, 29 North Main Street, Greensburg, PA 15601-2401 |
| 15077905 | | Premier Medical Laboratory Services, PO Box 27102, Greenville, SC 29616-2102 |
| 15077906 | + | Quest Diagnostics, PO Box 740717, Cincinnati, OH 45274-0717 |
| 15077907 | + | Radiologic Consultants, 717 E. Pittsburgh Street, Greensburg, PA 15601-2636 |
| 15089199 | + | Ratchford Law Group, P.C., 409 Lackawanna Ave., STE 320, Scranton, PA 18503-2087 |
| 15077909 | | SS Grover MD and Associates, 2640 Pitcairn Road, Monroeville, PA 15146-3309 |
| 15077912 | | US Dept of Education, 3130 Fairview Park DriveSuite 800, Falls Church, VA 23323 |
| 15089203 | + | Unity Township Tax Collector, 152 Beatty County Road, Latrobe, PA 15650-5464 |
| 15077913 | + | Westmoreland Hospital, 532 W. Pittsburgh Street, Greensburg, PA 15601-2282 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 29 2024 00:14:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 28 2024 23:59:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15077875 | ^ | MEBN | | |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 28 2024 23:56:18 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15077882 | ^ | MEBN | | |
| | | | Aug 28 2024 23:56:36 | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15077880 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Aug 29 2024 00:16:06 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15077878 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Aug 29 2024 00:15:04 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15077881 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Aug 29 2024 00:27:40 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15085307 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Aug 29 2024 00:14:55 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15077884 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |
| | | | Aug 29 2024 00:01:00 | Credit Collection, PO Box 607, Norwood, MA 02062-0607 |
| 15077885 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |
| | | | Aug 29 2024 00:01:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15077886 | + | Email/Text: ccusa@ccuhome.com | | |
| | | | Aug 28 2024 23:59:00 | Credit Collections USA, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15077888 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Aug 29 2024 00:15:45 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 15077887 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Aug 29 2024 00:15:43 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15077889 | ^ | MEBN | | |
| | | | Aug 28 2024 23:57:01 | Dentalworks, PO Box 64-3005, Cincinnati, OH 45264-3005 |
| 15077891 | + | Email/Text: bknotice@ercbpo.com | | |
| | | | Aug 29 2024 00:00:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 15077890 | + | Email/Text: bknotice@ercbpo.com | | |
| | | | Aug 29 2024 00:00:00 | Enhanced Recovery Corporation, PO Box 57547, Jacksonville, FL 32241-7547 |
| 15077894 | + | Email/Text: bankruptcy.notices@hdfsi.com | | |
| | | | Aug 29 2024 00:00:00 | Harley Davidson Credit, 3850 Arrowhead Dr, Carson City, NV 89706-2016 |
| 15098662 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | | |
| | | | Aug 28 2024 23:59:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15089184 | ^ | MEBN | | |
| | | | Aug 28 2024 23:56:24 | Hayt, Hayt & Landau, LLC, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 15089185 | ^ | MEBN | | |
| | | | Aug 28 2024 23:55:36 | KML Law Group, P.C., Suite 5000 - BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15077897 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 29 2024 00:15:02 | LVNV Funding, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15160075 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 29 2024 00:15:35 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15109295 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 29 2024 00:15:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15077898 | | Email/Text: Mercury@ebn.phinsolutions.com | | |
| | | | Aug 28 2024 23:59:00 | Mercury, PO Box 84064, Columbus, GA 31908-4064 |
| 15077899 | + | Email/Text: Mercury@ebn.phinsolutions.com | | |
| | | | Aug 28 2024 23:59:00 | Mercury Card/ FB&T, 1415 Warm Springs Road, Columbus, GA 31904-8366 |
| 15117917 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Aug 28 2024 23:59:00 | PNC Bank, National Association, Attn: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |
| 15077901 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Aug 29 2024 00:27:57 | Paypal Credit, PO Box 71202, Charlotte, NC |

Case 19-22570-CMB   Doc 118   Filed 08/30/24   Entered 08/31/24 00:31:53   Desc
Imaged Certificate of Notice   Page 9 of 10

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 28, 2024 | Form ID: pdf900 | Total Noticed: 59 |

| Recip ID | Bypass Reason | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15107244 | + | Email/Text: ebnpeoples@grblaw.com | Aug 28 2024 23:59:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, PC, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15117946 | ^ | MEBN | Aug 28 2024 23:56:56 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15079203 | ^ | MEBN | Aug 28 2024 23:56:57 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15077910 | ^ | MEBN | Aug 28 2024 23:54:30 | Synergetic Communication, Inc., 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 15107061 | | Email/Text: BNCnotices@dcmservices.com | Aug 28 2024 23:59:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15077911 | | Email/Text: edbknotices@ecmc.org | Aug 28 2024 23:59:00 | US Department of Education, PO Box 790336, Saint Louis, MO 63179-0336 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15089165 | *+ | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15089166 | *+ | Altius Diagnostics Laboratory, 12100 Northup Way, Suite 110, Bellevue, WA 98005-1913 |
| 15089171 | * | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15089169 | * | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15077879 | * | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15089168 | * | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15089170 | *+ | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15089172 | *+ | Cordant Health Solutions, 12015 E 46th Avenue #250, Denver, CO 80239-3107 |
| 15089173 | *+ | Credit Collection, PO Box 607, Norwood, MA 02062-0607 |
| 15089174 | *+ | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15089175 | *+ | Credit Collections USA, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15089177 | *+ | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 15089176 | *+ | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15089178 | * | Dentalworks, PO Box 64-3005, Cincinnati, OH 45264-3005 |
| 15089180 | *+ | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 15089179 | *+ | Enhanced Recovery Corporation, PO Box 57547, Jacksonville, FL 32241-7547 |
| 15089181 | *+ | Fenner Physician Building, 3 Penn Center West, Pittsburgh, PA 15276-0112 |
| 15089182 | *+ | GU, Inc., 3 Penn Center West, Suite 127, Pittsburgh, PA 15276-0112 |
| 15089183 | *+ | Harley Davidson Credit, 3850 Arrowhead Dr, Carson City, NV 89706-2016 |
| 15089187 | *+ | LVNV Funding, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15089186 | *+ | Latrobe Hospital, One Mellon Way, Latrobe, PA 15650-1197 |
| 15089188 | * | Mercury, PO Box 84064, Columbus, GA 31908-4064 |
| 15089189 | *+ | Mercury Card/ FB&T, 1415 Warm Springs Road, Columbus, GA 31904-8366 |
| 15089195 | *+ | PNC, P.O. Box 15026, Wilmington, DE 19850-5026 |
| 15089191 | * | Paypal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 15089192 | * | Pediatrics Associates of Westmoreland, 555 West Newton St, Greensburg, PA 15601-2861 |
| 15089193 | * | Perfect Smile Dental Group, 29 North Main Street, Greensburg, PA 15601-2401 |
| 15089196 | * | Premier Medical Laboratory Services, PO Box 27102, Greenville, SC 29616-2102 |
| 15089197 | *+ | Quest Diagnostics, PO Box 740717, Cincinnati, OH 45274-0717 |
| 15089198 | *+ | Radiologic Consultants, 717 E. Pittsburgh Street, Greensburg, PA 15601-2636 |
| 15089200 | *+ | SRA Associates, Inc., 401 Minnetonka Road, Somerdale, NJ 08083-2914 |
| 15089201 | * | SS Grover MD and Associates, 2640 Pitcairn Road, Monroeville, PA 15146-3309 |
| 15089202 | *+ | Synergetic Communication, Inc., 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 15089204 | * | US Department of Education, PO Box 790336, Saint Louis, MO 63179-0336 |
| 15089205 | * | US Dept of Education, 3130 Fairview Park DriveSuite 800, Falls Church, VA 23323 |

| | | |
|---|---|---|
| 15089206 | *+ | Westmoreland Hospital, 532 W. Pittsburgh Street, Greensburg, PA 15601-2282 |
| 15077883 | ##+ | Cordant Health Solutions, 12015 E 46th Avenue #250, Denver, CO 80239-3107 |
| 15077908 | ##+ | SRA Associates, Inc., 401 Minnetonka Road, Somerdale, NJ 08083-2914 |

TOTAL: 1 Undeliverable, 37 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2024 at the address(es) listed below:**

**Name** — **Email Address**

Denise Carlon
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Jeffrey Hunt
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Joseph Paul Covelli
on behalf of Creditor PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com

Matthew M. Herron
on behalf of Joint Debtor Kelly A. Grubbs mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
on behalf of Debtor Brian J. Grubbs mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Natalie Norina Piscione
on behalf of Creditor PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com  ndantonio@covellilaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 10