**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Brian J. Grubbs** | Social Security number or ITIN   xxx–xx–8080 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kelly A. Grubbs** | Social Security number or ITIN   xxx–xx–2119 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   19–22570–CMB

## Order of Discharge                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brian J. Grubbs                                    Kelly A. Grubbs

10/16/24                                           **By the court:** <u>Carlota M Bohm</u>
                                                   United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22570-CMB |
| Brian J. Grubbs | Chapter 13 |
| Kelly A. Grubbs | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Oct 16, 2024 | Form ID: 3180W | Total Noticed: 61 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian J. Grubbs, Kelly A. Grubbs, 464 Lemmon Road, Latrobe, PA 15650-5460 |
| aty | + | Michael Murphy, 245 Fort Pitt Blvd., Pittsburgh, PA 15222-1511 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| cr | + | PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COM, 230 THEOBOLD AVENUE, GREENSBURG, PA 15601-5536 |
| 15077876 | + | Altius Diagnostics Laboratory, 12100 Northup Way, Suite 110, Bellevue, WA 98005-1913 |
| 15077877 | + | Cambria Thrift Consumer Discount Co., 2 E Market Street, PO Box 122, Blairsville, PA 15717-0122 |
| 15089167 | + | Cambria Thrift Consumer Discount Co., 112 Market Street, Johnstown, PA 15901-1609 |
| 15077892 | + | Fenner Physician Building, 3 Penn Center West, Pittsburgh, PA 15276-0112 |
| 15077893 | + | GU, Inc., 3 Penn Center West, Suite 127, Pittsburgh, PA 15276-0112 |
| 15077895 | + | Hayt, Hayt & landau, LLC, 123 Broad Street, Suite 1660, Philadelphia, PA 19109-1003 |
| 15077900 | + | Jonathan P. Krizner, 3940 State Route 981, Mount Pleasant, PA 15666-3716 |
| 15077896 | + | Latrobe Hospital, One Mellon Way, Latrobe, PA 15650-1197 |
| 15089190 | | Norvelt Dental Center, 3940 State Route 981, Mount Pleasant, PA 15666-3716 |
| 15089194 | + | PHEPLE Credit Union, 1007 Georges Station Road, Greensburg, PA 15601-6982 |
| 15098433 | ++ | PHEPLE FEDERAL CREDIT UNION, 708 STATE ROUTE 119, GREENSBURG PA 15601-6753 address filed with court:, Pheple Federal Credit Union, f/k/a Westmoreland Community FCU, 230 Theobold Avenue, Greensburg, PA 15601 |
| 15077904 | + | PNC, P.O. Box 15026, Wilmington, DE 19850-5026 |
| 15077902 | | Pediatrics Associates of Westmoreland, 555 West Newton St, Greensburg, PA 15601-2861 |
| 15077903 | | Perfect Smile Dental Group, 29 North Main Street, Greensburg, PA 15601-2401 |
| 15077905 | | Premier Medical Laboratory Services, PO Box 27102, Greenville, SC 29616-2102 |
| 15077906 | + | Quest Diagnostics, PO Box 740717, Cincinnati, OH 45274-0717 |
| 15077907 | + | Radiologic Consultants, 717 E. Pittsburgh Street, Greensburg, PA 15601-2636 |
| 15089199 | + | Ratchford Law Group, P.C., 409 Lackawanna Ave., STE 320, Scranton, PA 18503-2087 |
| 15077909 | | SS Grover MD and Associates, 2640 Pitcairn Road, Monroeville, PA 15146-3309 |
| 15077912 | | US Dept of Education, 3130 Fairview Park DriveSuite 800, Falls Church, VA 23323 |
| 15089203 | + | Unity Township Tax Collector, 152 Beatty County Road, Latrobe, PA 15650-5464 |
| 15077913 | + | Westmoreland Hospital, 532 W. Pittsburgh Street, Greensburg, PA 15601-2282 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | | |
| | | Oct 17 2024 03:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Oct 16 2024 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | | |

District/off: 0315-2                              User: auto                                    Page 2 of 5

Date Rcvd: Oct 16, 2024                        Form ID: 3180W                          Total Noticed: 61

| | | | |
|---|---|---|---|
| | | Oct 17 2024 03:45:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 16 2024 23:57:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + EDI: PRA.COM | Oct 17 2024 03:45:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + Email/Text: ebnpeoples@grblaw.com | Oct 16 2024 23:56:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15077875 | ^ MEBN | Oct 16 2024 23:51:22 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15077882 | ^ MEBN | Oct 16 2024 23:51:41 | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15077880 | EDI: CAPITALONE.COM | Oct 17 2024 03:45:00 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15077878 | + EDI: CAPITALONE.COM | Oct 17 2024 03:45:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15077881 | + EDI: CAPITALONE.COM | Oct 17 2024 03:45:00 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15085307 | EDI: CAPITALONE.COM | Oct 17 2024 03:45:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15077884 | + EDI: CCS.COM | Oct 17 2024 03:45:00 | Credit Collection, PO Box 607, Norwood, MA 02062-0607 |
| 15077885 | + EDI: CCS.COM | Oct 17 2024 03:45:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15077886 | + EDI: CCUSA.COM | Oct 17 2024 03:45:00 | Credit Collections USA, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15077888 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 16 2024 23:58:21 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 15077887 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 17 2024 00:09:36 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15077889 | ^ MEBN | Oct 16 2024 23:52:18 | Dentalworks, PO Box 64-3005, Cincinnati, OH 45264-3005 |
| 15077891 | + Email/Text: bknotice@ercbpo.com | Oct 16 2024 23:57:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 15077890 | + Email/Text: bknotice@ercbpo.com | Oct 16 2024 23:57:00 | Enhanced Recovery Corporation, PO Box 57547, Jacksonville, FL 32241-7547 |
| 15077894 | + Email/Text: bankruptcy.notices@hdfsi.com | Oct 16 2024 23:57:00 | Harley Davidson Credit, 3850 Arrowhead Dr, Carson City, NV 89706-2016 |
| 15098662 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Oct 16 2024 23:56:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15089184 | ^ MEBN | Oct 16 2024 23:51:29 | Hayt, Hayt & Landau, LLC, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 15089185 | ^ MEBN | Oct 16 2024 23:51:05 | KML Law Group, P.C., Suite 5000 - BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15077897 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 16 2024 23:58:26 | LVNV Funding, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15160075 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 16 2024 23:58:58 | LVNV Funding LLC, PO Box 10587, Greenville, |

District/off: 0315-2                    User: auto                                Page 3 of 5

Date Rcvd: Oct 16, 2024                 Form ID: 3180W                            Total Noticed: 61

| | | | |
|---|---|---|---|
| | | | SC 29603-0587 |
| 15109295 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 16 2024 23:58:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15077898 | Email/Text: Mercury@ebn.phinsolutions.com | Oct 16 2024 23:56:00 | Mercury, PO Box 84064, Columbus, GA 31908-4064 |
| 15077899 | + Email/Text: Mercury@ebn.phinsolutions.com | Oct 16 2024 23:56:00 | Mercury Card/ FB&T, 1415 Warm Springs Road, Columbus, GA 31904-8366 |
| 15117917 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 16 2024 23:56:00 | PNC Bank, National Association, Attn: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |
| 15077901 | EDI: SYNC | Oct 17 2024 03:45:00 | Paypal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 15107244 | + Email/Text: ebnpeoples@grblaw.com | Oct 16 2024 23:56:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, PC, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15117946 | ^ MEBN | Oct 16 2024 23:52:09 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15079203 | ^ MEBN | Oct 16 2024 23:52:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15077910 | ^ MEBN | Oct 16 2024 23:50:52 | Synergetic Communication, Inc., 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 15107061 | Email/Text: BNCnotices@dcmservices.com | Oct 16 2024 23:56:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15077911 | Email/Text: edbknotices@ecmc.org | Oct 16 2024 23:56:00 | US Department of Education, PO Box 790336, Saint Louis, MO 63179-0336 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15089165 | *+ | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15089166 | *+ | Altius Diagnostics Laboratory, 12100 Northup Way, Suite 110, Bellevue, WA 98005-1913 |
| 15089171 | * | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15089169 | * | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15077879 | * | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15089168 | * | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15089170 | *+ | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15089172 | *+ | Cordant Health Solutions, 12015 E 46th Avenue #250, Denver, CO 80239-3107 |
| 15089173 | *+ | Credit Collection, PO Box 607, Norwood, MA 02062-0607 |
| 15089174 | *+ | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15089175 | *+ | Credit Collections USA, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15089177 | *+ | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 15089176 | *+ | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15089178 | * | Dentalworks, PO Box 64-3005, Cincinnati, OH 45264-3005 |
| 15089180 | *+ | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 15089179 | *+ | Enhanced Recovery Corporation, PO Box 57547, Jacksonville, FL 32241-7547 |
| 15089181 | *+ | Fenner Physician Building, 3 Penn Center West, Pittsburgh, PA 15276-0112 |
| 15089182 | *+ | GU, Inc., 3 Penn Center West, Suite 127, Pittsburgh, PA 15276-0112 |
| 15089183 | *+ | Harley Davidson Credit, 3850 Arrowhead Dr, Carson City, NV 89706-2016 |
| 15089187 | *+ | LVNV Funding, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15089186 | *+ | Latrobe Hospital, One Mellon Way, Latrobe, PA 15650-1197 |

| | | |
|---|---|---|
| 15089188 | * | Mercury, PO Box 84064, Columbus, GA 31908-4064 |
| 15089189 | *+ | Mercury Card/ FB&T, 1415 Warm Springs Road, Columbus, GA 31904-8366 |
| 15089195 | *+ | PNC, P.O. Box 15026, Wilmington, DE 19850-5026 |
| 15089191 | * | Paypal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 15089192 | * | Pediatrics Associates of Westmoreland, 555 West Newton St, Greensburg, PA 15601-2861 |
| 15089193 | * | Perfect Smile Dental Group, 29 North Main Street, Greensburg, PA 15601-2401 |
| 15089196 | * | Premier Medical Laboratory Services, PO Box 27102, Greenville, SC 29616-2102 |
| 15089197 | *+ | Quest Diagnostics, PO Box 740717, Cincinnati, OH 45274-0717 |
| 15089198 | *+ | Radiologic Consultants, 717 E. Pittsburgh Street, Greensburg, PA 15601-2636 |
| 15089200 | *+ | SRA Associates, Inc., 401 Minnetonka Road, Somerdale, NJ 08083-2914 |
| 15089201 | * | SS Grover MD and Associates, 2640 Pitcairn Road, Monroeville, PA 15146-3309 |
| 15089202 | *+ | Synergetic Communication, Inc., 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 15089204 | * | US Department of Education, PO Box 790336, Saint Louis, MO 63179-0336 |
| 15089205 | * | US Dept of Education, 3130 Fairview Park DriveSuite 800, Falls Church, VA 23323 |
| 15089206 | *+ | Westmoreland Hospital, 532 W. Pittsburgh Street, Greensburg, PA 15601-2282 |
| 15077883 | ##+ | Cordant Health Solutions, 12015 E 46th Avenue #250, Denver, CO 80239-3107 |
| 15077908 | ##+ | SRA Associates, Inc., 401 Minnetonka Road, Somerdale, NJ 08083-2914 |

TOTAL: 1 Undeliverable, 37 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2024                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Joseph Paul Covelli | on behalf of Creditor PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com |
| Matthew M. Herron | on behalf of Joint Debtor Kelly A. Grubbs mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Debtor Brian J. Grubbs mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Natalie Norina Piscione | on behalf of Creditor PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com  ndantonio@covellilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2                        User: auto                                    Page 5 of 5
Date Rcvd: Oct 16, 2024                     Form ID: 3180W                         Total Noticed: 61

S. James Wallace
                        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 10