IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
BRIAN J. GRUBBS
KELLY A. GRUBBS
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-22570

Chapter 13

Document No.: 114

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this 16th day of October, 20 24, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
10/16/24 10:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT

Carlota M. Böhm  dmk
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-22570-CMB
Brian J. Grubbs  Chapter 13
Kelly A. Grubbs
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 4
Date Rcvd: Oct 16, 2024  Form ID: pdf900  Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian J. Grubbs, Kelly A. Grubbs, 464 Lemmon Road, Latrobe, PA 15650-5460 |
| aty | + | Michael Murphy, 245 Fort Pitt Blvd., Pittsburgh, PA 15222-1511 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| cr | + | PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COM, 230 THEOBOLD AVENUE, GREENSBURG, PA 15601-5536 |
| 15077876 | + | Altius Diagnostics Laboratory, 12100 Northup Way, Suite 110, Bellevue, WA 98005-1913 |
| 15077877 | + | Cambria Thrift Consumer Discount Co., 2 E Market Street, PO Box 122, Blairsville, PA 15717-0122 |
| 15089167 | + | Cambria Thrift Consumer Discount Co., 112 Market Street, Johnstown, PA 15901-1609 |
| 15077892 | + | Fenner Physician Building, 3 Penn Center West, Pittsburgh, PA 15276-0112 |
| 15077893 | + | GU, Inc., 3 Penn Center West, Suite 127, Pittsburgh, PA 15276-0112 |
| 15077895 | + | Hayt, Hayt & landau, LLC, 123 Broad Street, Suite 1660, Philadelphia, PA 19109-1003 |
| 15077900 | + | Jonathan P. Krizner, 3940 State Route 981, Mount Pleasant, PA 15666-3716 |
| 15077896 | + | Latrobe Hospital, One Mellon Way, Latrobe, PA 15650-1197 |
| 15089190 | | Norvelt Dental Center, 3940 State Route 981, Mount Pleasant, PA 15666-3716 |
| 15089194 | + | PHEPLE Credit Union, 1007 Georges Station Road, Greensburg, PA 15601-6982 |
| 15098433 | ++ | PHEPLE FEDERAL CREDIT UNION, 708 STATE ROUTE 119, GREENSBURG PA 15601-6753 address filed with court:, Pheple Federal Credit Union, f/k/a Westmoreland Community FCU, 230 Theobold Avenue, Greensburg, PA 15601 |
| 15077904 | + | PNC, P.O. Box 15026, Wilmington, DE 19850-5026 |
| 15077902 | | Pediatrics Associates of Westmoreland, 555 West Newton St, Greensburg, PA 15601-2861 |
| 15077903 | | Perfect Smile Dental Group, 29 North Main Street, Greensburg, PA 15601-2401 |
| 15077905 | | Premier Medical Laboratory Services, PO Box 27102, Greenville, SC 29616-2102 |
| 15077906 | + | Quest Diagnostics, PO Box 740717, Cincinnati, OH 45274-0717 |
| 15077907 | + | Radiologic Consultants, 717 E. Pittsburgh Street, Greensburg, PA 15601-2636 |
| 15089199 | + | Ratchford Law Group, P.C., 409 Lackawanna Ave., STE 320, Scranton, PA 18503-2087 |
| 15077909 | | SS Grover MD and Associates, 2640 Pitcairn Road, Monroeville, PA 15146-3309 |
| 15077912 | | US Dept of Education, 3130 Fairview Park DriveSuite 800, Falls Church, VA 23323 |
| 15089203 | + | Unity Township Tax Collector, 152 Beatty County Road, Latrobe, PA 15650-5464 |
| 15077913 | + | Westmoreland Hospital, 532 W. Pittsburgh Street, Greensburg, PA 15601-2282 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 16 2024 23:59:20 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 16 2024 23:56:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15077875 | ^ | MEBN | Oct 16 2024 23:51:23 | Allegheny Health Network, PO Box 645266, |

Case 19-22570-CMB    Doc 124    Filed 10/18/24    Entered 10/19/24 00:35:30    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 16, 2024 | Form ID: pdf900 | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| | | | | Pittsburgh, PA 15264-5250 |
| 15077882 | ^ | MEBN | | |
| | | | Oct 16 2024 23:51:42 | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15077880 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Oct 16 2024 23:59:00 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15077878 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Oct 16 2024 23:59:14 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15077881 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Oct 16 2024 23:59:12 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15085307 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Oct 17 2024 00:09:38 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15077884 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |
| | | | Oct 16 2024 23:57:00 | Credit Collection, PO Box 607, Norwood, MA 02062-0607 |
| 15077885 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |
| | | | Oct 16 2024 23:57:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15077886 | + | Email/Text: ccusa@ccuhome.com | | |
| | | | Oct 16 2024 23:55:00 | Credit Collections USA, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15077888 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Oct 16 2024 23:59:00 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 15077887 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Oct 16 2024 23:58:57 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15077889 | ^ | MEBN | | |
| | | | Oct 16 2024 23:52:19 | Dentalworks, PO Box 64-3005, Cincinnati, OH 45264-3005 |
| 15077891 | + | Email/Text: bknotice@ercbpo.com | | |
| | | | Oct 16 2024 23:57:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 15077890 | + | Email/Text: bknotice@ercbpo.com | | |
| | | | Oct 16 2024 23:57:00 | Enhanced Recovery Corporation, PO Box 57547, Jacksonville, FL 32241-7547 |
| 15077894 | + | Email/Text: bankruptcy.notices@hdfsi.com | | |
| | | | Oct 16 2024 23:57:00 | Harley Davidson Credit, 3850 Arrowhead Dr, Carson City, NV 89706-2016 |
| 15098662 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | | |
| | | | Oct 16 2024 23:56:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15089184 | ^ | MEBN | | |
| | | | Oct 16 2024 23:51:30 | Hayt, Hayt & Landau, LLC, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 15089185 | ^ | MEBN | | |
| | | | Oct 16 2024 23:51:05 | KML Law Group, P.C., Suite 5000 - BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15077897 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Oct 16 2024 23:58:53 | LVNV Funding, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15160075 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Oct 16 2024 23:58:22 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15109295 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Oct 16 2024 23:58:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15077898 | | Email/Text: Mercury@ebn.phinsolutions.com | | |
| | | | Oct 16 2024 23:56:00 | Mercury, PO Box 84064, Columbus, GA 31908-4064 |
| 15077899 | + | Email/Text: Mercury@ebn.phinsolutions.com | | |
| | | | Oct 16 2024 23:56:00 | Mercury Card/ FB&T, 1415 Warm Springs Road, Columbus, GA 31904-8366 |
| 15117917 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Oct 16 2024 23:56:00 | PNC Bank, National Association, Attn: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |
| 15077901 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Oct 16 2024 23:58:21 | Paypal Credit, PO Box 71202, Charlotte, NC 28272-1202 |

Case 19-22570-CMB    Doc 124    Filed 10/18/24    Entered 10/19/24 00:35:30    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 16, 2024 | Form ID: pdf900 | Total Noticed: 59 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15107244 | + | Email/Text: ebnpeoples@grblaw.com | Oct 16 2024 23:56:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, PC, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15117946 | ^ | MEBN | Oct 16 2024 23:52:10 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15079203 | ^ | MEBN | Oct 16 2024 23:52:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15077910 | ^ | MEBN | Oct 16 2024 23:50:53 | Synergetic Communication, Inc., 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 15107061 | | Email/Text: BNCnotices@dcmservices.com | Oct 16 2024 23:56:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15077911 | | Email/Text: edbknotices@ecmc.org | Oct 16 2024 23:56:00 | US Department of Education, PO Box 790336, Saint Louis, MO 63179-0336 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15089165 | *+ | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15089166 | *+ | Altius Diagnostics Laboratory, 12100 Northup Way, Suite 110, Bellevue, WA 98005-1913 |
| 15089171 | * | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15089169 | * | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15077879 | * | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15089168 | * | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15089170 | *+ | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15089172 | *+ | Cordant Health Solutions, 12015 E 46th Avenue #250, Denver, CO 80239-3107 |
| 15089173 | *+ | Credit Collection, PO Box 607, Norwood, MA 02062-0607 |
| 15089174 | *+ | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15089175 | *+ | Credit Collections USA, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15089177 | *+ | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 15089176 | *+ | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15089178 | * | Dentalworks, PO Box 64-3005, Cincinnati, OH 45264-3005 |
| 15089180 | *+ | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 15089179 | *+ | Enhanced Recovery Corporation, PO Box 57547, Jacksonville, FL 32241-7547 |
| 15089181 | *+ | Fenner Physician Building, 3 Penn Center West, Pittsburgh, PA 15276-0112 |
| 15089182 | *+ | GU, Inc., 3 Penn Center West, Suite 127, Pittsburgh, PA 15276-0112 |
| 15089183 | *+ | Harley Davidson Credit, 3850 Arrowhead Dr, Carson City, NV 89706-2016 |
| 15089187 | *+ | LVNV Funding, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15089186 | *+ | Latrobe Hospital, One Mellon Way, Latrobe, PA 15650-1197 |
| 15089188 | * | Mercury, PO Box 84064, Columbus, GA 31908-4064 |
| 15089189 | *+ | Mercury Card/ FB&T, 1415 Warm Springs Road, Columbus, GA 31904-8366 |
| 15089195 | *+ | PNC, P.O. Box 15026, Wilmington, DE 19850-5026 |
| 15089191 | * | Paypal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 15089192 | * | Pediatrics Associates of Westmoreland, 555 West Newton St, Greensburg, PA 15601-2861 |
| 15089193 | * | Perfect Smile Dental Group, 29 North Main Street, Greensburg, PA 15601-2401 |
| 15089196 | * | Premier Medical Laboratory Services, PO Box 27102, Greenville, SC 29616-2102 |
| 15089197 | *+ | Quest Diagnostics, PO Box 740717, Cincinnati, OH 45274-0717 |
| 15089198 | *+ | Radiologic Consultants, 717 E. Pittsburgh Street, Greensburg, PA 15601-2636 |
| 15089200 | *+ | SRA Associates, Inc., 401 Minnetonka Road, Somerdale, NJ 08083-2914 |
| 15089201 | * | SS Grover MD and Associates, 2640 Pitcairn Road, Monroeville, PA 15146-3309 |
| 15089202 | *+ | Synergetic Communication, Inc., 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 15089204 | * | US Department of Education, PO Box 790336, Saint Louis, MO 63179-0336 |
| 15089205 | * | US Dept of Education, 3130 Fairview Park DriveSuite 800, Falls Church, VA 23323 |
| 15089206 | *+ | Westmoreland Hospital, 532 W. Pittsburgh Street, Greensburg, PA 15601-2282 |

| | | |
|---|---|---|
| 15077883 | ##+ | Cordant Health Solutions, 12015 E 46th Avenue #250, Denver, CO 80239-3107 |
| 15077908 | ##+ | SRA Associates, Inc., 401 Minnetonka Road, Somerdale, NJ 08083-2914 |

TOTAL: 1 Undeliverable, 37 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Joseph Paul Covelli | on behalf of Creditor PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com |
| Matthew M. Herron | on behalf of Joint Debtor Kelly A. Grubbs mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Debtor Brian J. Grubbs mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Natalie Norina Piscione | on behalf of Creditor PHEPLE FEDERAL CREDIT UNION f/k/a WESTMORELAND COMMUNITY FEDERAL CREDIT UNION covellilawoffices@yahoo.com ndantonio@covellilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 10